# United States Court of Appeals
### For The District of Columbia Circuit

| | |
|---|---|
| **No. 05-5062** | **September Term, 2005** |
| | 04cv01142 |
| | 04cv01166 |
| | Filed On: January 4, 2006 [940538] |

Lakhdar Boumediene, Detainee, Camp Delta, et al.,
    Appellants

v.

George W. Bush, President of the United States, et al.,
    Appellees

---

Consolidated with 05-5063

---

| | |
|---|---|
| **05-5064** | 02cv00299 |
| | 02cv00828 |
| | 02cv01130 |
| | 04cv01135 |
| | 04cv01136 |
| | 04cv01137 |
| | 04cv01144 |
| | 04cv01164 |
| | 04cv01194 |
| | 04cv01227 |
| | 04cv01254 |

Khaled A. F. Al Odah, Next Friend of Fawzi Khalid
Abdullah Fahad Al Odah, et al.,
    Appellants

v.

United States of America, et al.,
    Appellees

---

Consolidated with 05-5095, 05-5096, 05-5097,
05-5098, 05-5099, 05-5100, 05-5101, 05-5102,
05-5103, 05-5104, 05-5105, 05-5106, 05-5107,



EXHIBIT B

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5062**                                    **September Term, 2005**

05-5108, 05-5109, 05-5110, 05-5111, 05-5112,
05-5113, 05-5114, 05-5115, 05-5116

**BEFORE:**   Sentelle, Randolph, and Rogers; Circuit Judges

## ORDER

It is **ORDERED** by the Court, on its own motion, that the parties file, within 14 days of the date of this order, supplemental briefs of no more than 15-pages addressing the effect of section 1005 of the Department of Defense Appropriations Act of 2006, Pub. L. No. 109-__, §1005 (signed by the President on December 30, 2005) on these appeals.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Deputy Clerk