# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

O.K.,[*] et al.,

    Petitioners,

        v.

GEORGE W. BUSH, et al.,

    Respondents.

Civil Action No. 04-1136 (JDB)

## ORDER

Upon consideration of petitioners' Motion to Stay Military Commission Proceedings and request for expedited consideration of the motion, it is this 30th day of December, 2005, hereby

**ORDERED** that petitioners shall, by not later than January 5, 2006, file a memorandum that addresses the following: (1) the extent to which the Court retains jurisdiction to consider the motion while this case is before the United States Court of Appeals for the District of Columbia Circuit; (2) assuming that there is no bar to considering the motion due to the pendency of the appeal, whether this motion nonetheless is covered by the February 3, 2005, order that stayed proceedings in this case "for all purposes," pending resolution of the appeal; and (3) assuming that the Detainee Treatment Act of 2005 ("DTA"), H.R. 1815, 109th Cong. §§ 1401-06 (2005), is enacted into law, whether -- and if so, to what extent -- the DTA affects the jurisdiction of the Court to consider this motion; it is further

---

[*] Because petitioner O.K. was a minor when the habeas petition in this case was filed, the Court uses his initials, consistent with the rules of this Court and the practice of the parties throughout this litigation. See L.Civ.R. 5.4(f)(2).

-1-

**ORDERED** that respondents shall, by not later than January 9, 2006, file a memorandum that addresses the same issues and that further provides an anticipated timetable for O.K.'s trial by military commission and any other pertinent information that may affect the extent to which expedited consideration of petitioners' motion would be warranted were the Court to determine that the motion is properly before it; and it is further

**ORDERED** that respondents' obligation to respond to the merits of petitioners' Motion to Stay Military Commission Proceedings is continued pending the Court's consideration of these threshold jurisdictional and prudential questions.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Copies to:

Muneer I. Ahmad
Richard J. Wilson
AMERICAN UNIVERSITY WASHINGTON COLLEGE OF LAW
4801 Massachusetts Avenue, NW
Washington, DC  20016
Email: mahmad@wcl.american.edu
Email: rwilson@wcl.american.edu

Clive A. Stafford Smith
636 Baronne Street
New Orleans, LA  70113
Email: clivess@mac.com

*Counsel for petitioners*

Terry Marcus Henry
Robert J. Katerberg
Preeya M. Noronha
Lisa Ann Olso
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC  20001
Email: terry.henry@usdoj.gov
Email: robert.katerberg@usdoj.gov
Email: preeya.noronha@usdoj.gov
Email: lisa.olson@usdoj.gov

    *Counsel for respondents*