# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSAM HAMID ALI BIN ALI AL JAYFI, <u>et</u> <u>al</u>., )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE WALKER BUSH, <u>et</u> <u>al</u>., )<br>)<br>Respondents. )<br>) | Civil Action No: 05-2104 (RBW) |

## **ORDER**

On December 30, 2005, President Bush signed into law H.R. 2863, the Department of Defense, Emergency Supplemental Appropriations to Address Hurricanes in the Gulf of Mexico, and Pandemic Influenza Act of 2006 ("the Act"). Section 1005(e) of the Act, entitled Judicial Review of Detention of Enemy Combatants, provides that

> (1) IN GENERAL- Section 2241 of title 28, United States Code, is amended by adding at the end the following:
>
> `(e) Except as provided in section 1005 of the Detainee Treatment Act of 2005, no court, justice, or judge shall have jurisdiction to hear or consider–
>
>> `(1) an application for a writ of habeas corpus filed by or on behalf of an alien detained by the Department of Defense at Guantanamo Bay, Cuba; or
>>
>> `(2) any other action against the United States or its agents relating to any aspect of the detention by the Department of Defense of an alien at Guantanamo Bay, Cuba, who–
>>
>>> `(A) is currently in military custody; or
>>>
>>> `(B) has been determined by the United States Court of Appeals for the District of Columbia Circuit in accordance with the procedures set forth in section 1005(e) of the Detainee Treatment Act of 2005 to have been properly detained as an enemy combatant.'.

The Act raises serious questions concerning whether this Court retains jurisdiction to hear this case and all related matters. Accordingly, it is, this 4th day of January, 2006, hereby

**ORDERED** that the petitioners shall show cause by January 12, 2006, why this action should not be dismissed for lack of jurisdiction.  It is further

**ORDERED** that the respondents shall file any response thereto by January 19, 2006, and the petitioners shall file a reply, if any, by January 24, 2006.

**SO ORDERED.**

REGGIE B. WALTON<br>
United States District Judge