IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHASSAN ABDULLAH Al SHARBI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2348 (EGS) |
| ) | |
| GEORGE WALKER BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

**UNOPPOSED MOTION FOR FIRST NUNC PRO TUNC EXTENSION OF TIME TO FILE RESPONDENTS' OPPOSITION TO PETITIONER'S COUNSEL'S MOTION TO ENJOIN MILITARY COMMISSION PROCEEDINGS**

Respondents, through undersigned counsel, hereby move this Court for an extension of time until 5:00 p.m., May 9, 2006, in which respondents may file their opposition to petitioner's counsel's motion to enjoin military commission proceedings in this case.  Petitioner's counsel has concurred in this request.  The reasons for this request are as follows:

1. Petitioner's counsel's motion to enjoin military commission proceedings was filed on May 8, 2006.  Later that day, the Court entered a Minute Order making respondents' opposition due at 12:00 p.m. on May 9, 2006.

2. Respondents' counsel did not receive an e-mail notification through the ECF system of the Court's May 8, 2006 Minute Order.

3. On May 9, 2006, respondents' counsel did receive an e-mail notification through the ECF system entitled "Set Deadline/Hearings," which stated that respondents' opposition was due on May 9, 2006, but did not specify a specific hour the opposition was due.  Respondents' counsel did not learn of the time the opposition was due until the deadline for filing had passed.

1

4. Petitioner's counsel has advised that he does not oppose the extension of time requested herein.

5. Respondents' counsel understands that the briefing schedule established in the Court's May 8, 2006 Minute Order will be modified to extend petitioner's counsel's time to file a reply to 5:00 p.m. on May 10, 2006, and has no objection to the extension.

Accordingly, respondents request an extension of time until 5:00 p.m., May 9, 2006, for respondents to file their opposition to petitioner's counsel's motion to enjoin military commission proceedings.

Dated: May 9, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Terry M. Henry /  Nicholas J. Patterson
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents