IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHASSAN ABDULLAH Al SHARBI,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE WALKER BUSH,<br>    President of the United States,<br>    *et al.,*<br><br>    Respondents. | Civil Action No. 05-CV-2348 (EGS) |

## ORDER

Respondents' Unopposed Motion for First Nunc Pro Tunc Extension of Time to File Respondents' Opposition to Petitioner's Counsel's Motion to Enjoin Military Commission Proceedings is GRANTED.

Respondents' opposition to the motion to enjoin military commission proceedings (dkt. no. 7) may be filed by 5:00 p.m. on May 9, 2006. Petitioner's counsel's reply may be filed by 5:00 p.m. on May 10, 2006.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE