IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GHASSAN ABDULLAH AL SHARBI, *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>GEORGE WALKER BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-CV-2348 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CORRECTION TO
RESPONDENTS' OPPOSITION TO PETITIONER'S COUNSEL'S MOTION TO
ENJOIN MILITARY COMMISSION PROCEEDINGS**

Respondents hereby notify the Court and petitioner's counsel of an inadvertent citation error in Respondent's Opposition to Petitioner's Counsel's Motion to Enjoin Military Commission Proceedings (dkt. no. 9), filed May 9, 2006. At the top of page 7 of respondent's opposition, the text currently reads:

"It is <u>particularly important</u> for the [movant] to demonstrate a <u>substantial</u> likelihood of success on the merits." <u>Id.</u> at 242 (citing <u>Benten v. Kessler</u>, 505 U.S. 1084, 1085 (1992)) (emphasis added).

The citation is erroneous. The text should read:

"It is <u>particularly important</u> for the [movant] to demonstrate a <u>substantial</u> likelihood of success on the merits." <u>Barton v. District of Columbia</u>, 131 F. Supp. 2d 236, 242 (D.D.C. 2001) (citing <u>Benten v. Kessler</u>, 505 U.S. 1084, 1085 (1992)) (emphasis added).

Dated: May 10, 2006                                Respectfully submitted,

                                                PETER D. KEISLER
                                                Assistant Attorney General

                                                KENNETH L. WAINSTEIN
                                                United States Attorney

                                                DOUGLAS N. LETTER
                                                Terrorism Litigation Counsel


                                                  /s/ Terry M. Henry
                                                JOSEPH H. HUNT (D.C. Bar No. 431134)
                                                VINCENT M. GARVEY (D.C. Bar No. 127191)
                                                TERRY M. HENRY
                                                NICHOLAS J. PATTERSON
                                                Attorneys
                                                United States Department of Justice
                                                Civil Division, Federal Programs Branch
                                                20 Massachusetts Ave., N.W.   Room 7212
                                                Washington, DC  20530
                                                Tel:  (202) 514-4107
                                                Fax:  (202) 616-8470

                                                Attorneys for Respondents