IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHASSAN ABDULLAH AL SHARBI )<br>BY HIS NEXT FRIEND, )<br>ABDULLAH AL SHARBI )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, ET AL., )<br>)<br>Respondents )<br>) | CV 05-2348 (EGS) |

## NOTICE OF FILING WITH PRIVILEGE TEAM

The undersigned counsel certifies that, on May 1, 2007, he caused to be sent to the

Prvilege Team an original and two copies of Petitioner's Response to Respondents' Motion to

Dismiss for classification review, as required by the rules governing this case.

Burlington, Vermont  May 1, 2007

Respectfully submitted:

_/s/_

Robert D. Rachlin
DOWNS RACHLIN MARTIN PLLC
PO Box 190
199 Main Street
Burlington, VT 05402-0190
(802) 846-8327
rrachlin@drm.com

Attorney for Petitioner

BTV 563490.01

DOWNS
RACHLIN
MARTIN PLLC

Page 1 of 1