IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GHASSAN ABDULLAH AL SHARBI<br>BY HIS NEXT FRIEND,<br>ABDULLAH AL SHARBI<br><br>Petitioner<br><br>v.<br><br>GEORGE W. BUSH, ET AL.,<br><br>Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV 05-2348 (EGS) |

<u>PETITIONER'S NOTICE OF FILING WITH PRIVILEGE TEAM OF PETITIONER'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HIS REPLY [24] TO RESPONDENTS' MOTION TO DISMISS [22]</u>

Petitioner gives notice that, on June 8, 2007, he submitted by first class mail a copy of PETITIONER'S NOTICE OF FILING WITH PRIVILEGE TEAM OF PETITIONER'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HIS REPLY [24] TO RESPONDENTS' MOTION TO DISMISS [22] to the Privilege Team for classification review.

Burlington, Vermont.    June 8, 2007



DOWNS
RACHLIN
MARTIN PLLC

                                          Respectfully submitted,

/s    Robert D. Rachlin
       DOWNS RACHLIN MARTIN PLLC
       PO Box 190
       199 Main Street
       Burlington, VT 05402-0190
       Tel. (802) 846-8327
       rrachlin@drm.com

BTV.567481.01

DOWNS
RACHLIN
MARTIN PLLC