IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GHASSAN ABDULLAH AL SHARBI  )<br>BY HIS NEXT FRIEND, )<br>ABDULLAH AL SHARBI )<br> )<br>      Petitioner    ) <br> )<br>v.    )<br> )<br>GEORGE W. BUSH, ET AL.,  )<br> )<br>      Respondents   )<br> ) | CV 05-2348 (EGS) | |

**PETITIONER'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HIS REPLY [24] TO RESPONDENTS' MOTION TO DISMISS [22]**

Events within the last few days furnish further ground for denial or deferral of Respondent's Motion to Dismiss [22].

1. In *Boumediene v. Bush*, No. 06-1195 (U.S. Supreme Court), the Supreme Court, on or about June 4, 2007, directed Respondents in *Boumediene* to file a response to petitions for rehearing. *See Boumediene v. Bush*, No. 06-1195, Docket Sheet, *available at* http://www.supremecourtus.gov/docket/06-1195.htm. Those Respondents have thirty days in which to respond. Until the issue of reconsideration is resolved, Petitioner urges this Court to refrain from any action in reliance on the Supreme Court's actions to date in *Boumediene v. Bush*.

2. On June 7, 2007, the Senate Judiciary Committee, by a vote of 11-8, approved S. 185, which would restore habeas corpus availability to detainees at Guantánamo Bay Naval Base, detainees of which Petitioner is one. Petitioner acknowledges that committee approval of a bill does not, *eo ipso*, create any change in the law.

DOWNS
RACHLIN
MARTIN PLLC

However, active Congressional consideration of a change in the law which would require denial of Respondent's Motion to Dismiss suggests that present grant of dismissal in the face of Congressional reconsideration of the withdrawal of habeas corpus would prejudice Petitioner, by requiring him (if habeas corpus is restored) to begin these proceedings anew. Denial or deferral of Respondent's Motion to Dismiss, would, on the other hand, work no prejudice upon Respondents.

Burlington, Vermont.  June 8, 2007

                Respectfully submitted,

/s    Robert D. Rachlin
       DOWNS RACHLIN MARTIN PLLC
       PO Box 190
       199 Main Street
       Burlington, VT 05402-0190
       Tel. (802) 846-8327
       rrachlin@drm.com

BTV.567476.01