IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GHASSAN ABDULLAH AL SHARBI<br>BY HIS NEXT FRIEND,<br>ABDULLAH AL SHARBI<br><br>Petitioner<br><br>v.<br><br>GEORGE W. BUSH, ET AL.,<br><br>Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV 05-2348 (EGS) |

NOTICE OF FILING *NOTICE OF RECENT ACTIVITY
IN GUANTÁNAMO CASES* WITH PRIVILEGE TEAM

Petitioner gives notice that he has this day mailed to the Privilege Team for classification review his **NOTICE OF RECENT ACTIVITY IN GUANTÁNAMO CASES.**

Burlington, Vermont

June 27, 2007.

/s/ Robert D. Rachlin

Robert D. Rachlin
DOWNS RACHLIN MARTIN PLLC
PO Box 190
199 Main Street
Burlington, VT 05402-0190
(802) 846-8327
rrachlin@drm.com

2041696.1

