IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GHASSAN ABDULLAH AL SHARBI ) | | |
| BY HIS NEXT FRIEND, ) | | |
| ABDULLAH AL SHARBI ) | | |
| ) | | |
| Petitioner ) | CV 05-2348 (EGS) | |
| ) | | |
| v. ) | | |
| ) | | |
| GEORGE W. BUSH, ET AL., ) | | |
| ) | | |
| Respondents ) | | |
| ) | | |

<u>PETITIONER'S NOTICE OF FILING WITH PRIVILEGE TEAM OF PETITIONER'S STATUS REPORT PURSUANT TO THE COURT'S JULY 7, 2008 ORDER.</u>

Petitioner gives notice that, on July 8, 2008, he submitted by first class mail a copy of PETITIONER'S STATUS REPORT PURSUANT TO THE COURT'S JULY 7, 2008 ORDER to the Privilege Team for classification review.

Burlington, Vermont.    July 8, 2008



DOWNS
RACHLIN
MARTIN PLLC

        Respectfully submitted,

/s    Robert D. Rachlin
DOWNS RACHLIN MARTIN PLLC
PO Box 190
199 Main Street
Burlington, VT 05402-0190
Tel. (802) 846-8327
rrachlin@drm.com

2747933.1