IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHASSAN ABDULLAH AL SHARBI )<br>BY HIS NEXT FRIEND, )<br>ABDULLAH AL SHARBI )<br>   )<br>   Petitioner )<br>   )<br>v. )<br>   )<br>GEORGE W. BUSH, ET AL., )<br>   )<br>   Respondents )<br>   ) | CV 05-2348 (EGS) |

PETITIONER'S STATUS REPORT PURSUANT TO THE COURT'S JULY 7, 2008

ORDER.

Petitioner reports the status of this case as follows:

1. Respondents have not filed a factual return.

2. Petitioner has been charged before the Military Commission at Guantánamo Bay, Cuba. A copy of the charges is appended as EXHIBIT A.

3. Lieutenant Colonel Thomas Krzyminski, USAF, attached to the Office of Military Commissions – Defense, has been detailed to defend Petitioner before the Military Commission.

4. On information and belief, there is insufficient evidence to warrant charging Petitioner before the Military Commission or detaining him further.

Therefore, Petitioner respectfully submits the following proposed schedule to the Court:

A. That Respondents submit a factual return no later than 5:30 p.m. August 1, 2008.

B. That such return be made available to Petitioner's counsel at the Secure Facility immediately after such filing.



DOWNS
RACHLIN
MARTIN PLLC

    C.    That the Court schedule a hearing between September 2, 2008 and October 1, 2008 (or such other time as shall be convenient to the Court) on the sufficiency of the factual return to warrant further detention of Petitioner.

Burlington, Vermont.   July 8, 2008



DOWNS
RACHLIN
MARTIN PLLC

2

                    Respectfully submitted,

/s    Robert D. Rachlin
DOWNS RACHLIN MARTIN PLLC
PO Box 190
199 Main Street
Burlington, VT 05402-0190
Tel. (802) 846-8327
rrachlin@drm.com

2747941.1