| CHARGE SHEET |
|---|
| **I. PERSONAL DATA** |

**1. NAME OF ACCUSED:**
GHASSAN ABDULLAH AL SHARBI

**2. ALIASES OF ACCUSED:**
Abdullah al Muslim, Abu Muslim

**3. ISN NUMBER OF ACCUSED (LAST FOUR):**
0682

**II. CHARGES AND SPECIFICATIONS**

**4. CHARGE:**   VIOLATION OF SECTION AND TITLE OF CRIME IN PART IV OF M.M.C.

**SPECIFICATION:**

SEE CONTINUATION SHEET ATTACHED.

**III. SWEARING OF CHARGES**

| 5a. NAME OF ACCUSER (LAST, FIRST, MI) | 5b. GRADE | 5c. ORGANIZATION OF ACCUSER |
|---|---|---|
| STAMPS, ROBERT, F | O-6 | OMC-PROSECUTION |
| 5d. SIGNATURE OF ACCUSER | | 5e. DATE (YYYYMMDD) |
| *[signature]* | | 20080528 |

AFFIDAVIT: Before me, the undersigned, authorized by law to administer oath in cases of this character, personally appeared the above named accuser the **28** day of **MAY**, **2008**, and signed the foregoing charges and specifications under oath that he/she is a person subject to the Uniform Code of Military Justice and that he/she has personal knowledge of or has investigated the matters set forth therein and that the same are true to the best of his/her knowledge and belief.

| ISAAC C. SPRAGG | OMC-PROSECUTION |
|---|---|
| Typed Name of Officer | Organization of Officer |
| O-3 | 10 U.S.C. 1044(b) |
| Grade | Official Capacity to Administer Oath |
| *[signature]* | (See R.M.C. 307(b) must be commissioned officer) |
| Signature | |

MC FORM 458 JAN 2007

| IV. NOTICE TO THE ACCUSED |
|---|

6. On _____, __2008__ the accused was notified of the charges against him/her (See R.M.C. 308).

__CPT ISAAC C. SPRAGG__
*Typed Name and Grade of Person Who Caused Accused to Be Notified of Charges*

__OMC-PROSECUTION__
*Organization of the Person Who Caused Accused to Be Notified of Charges*

_____
*Signature*

| V. RECEIPT OF CHARGES BY CONVENING AUTHORITY |
|---|

7. The sworn charges were received at _____ hours, on _____, at _____

_____
*Location*

For the Convening Authority: _____
*Typed Name of Officer*

_____
*Grade*

_____
*Signature*

| VI. REFERRAL |
|---|

| 8a. DESIGNATION OF CONVENING AUTHORITY | 8b. PLACE | 8c. DATE (YYYYMMDD) |
|---|---|---|
|  |  |  |

Referred for trial to the (non)capital military commission convened by military commission convening order _____

_____ subject to the following instructions[1]: _____

By _____ of _____
*Command, Order, or Direction*

_____
*Typed Name and Grade of Officer*

_____
*Official Capacity of Officer Signing*

_____
*Signature*

| VII. SERVICE OF CHARGES |
|---|

9. On _____, _____ I (caused to be) served a copy these charges on the above named accused.

_____
*Typed Name of Trial Counsel*

_____
*Grade of Trial Counsel*

_____
*Signature of Trial Counsel*

| FOOTNOTES |
|---|

[1] See R.M.C. 601 concerning instructions. If none, so state.

MC FORM 458 JAN 2007

Charge Sheet Continuation Page in Case of GHASSAN ABDULLAH AL SHARBI

CHARGE I:  Violation of 10 U.S.C. § 950v(b)(28), Conspiracy

Specification:  In that Ghassan Abdullah al Sharbi ("al Sharbi"), a person subject to trial by military commission as an alien unlawful enemy combatant, did, at various locations in Afghanistan, Pakistan and elsewhere, between about August 2001 and March 2002, conspire and agree with Usama bin Laden, Saif al Adel, Dr. Ayman al Zawahari (a/k/a "the Doctor"), Muhammad Atef (a/k/a Abu Hafs al Masri), Binyam Mohamed, Noor al Deen, Akrama al Sudani, Jabran Said Bin al Qahtani ("al Qahtani"), Sufyian Barhoumi ("Barhoumi"), and various other members and associates of the al Qaeda organization, known and unknown, to commit one or more substantive offenses triable by military commission, to wit: murder of a protected person or persons, attacking civilians, attacking civilian objects, intentionally causing serious bodily injury, murder in violation of the law of war, destruction of property in violation of the law of war, providing material support to an international terrorist organization and terrorism; and did join al Qaeda, an enterprise of persons who shared a common criminal purpose, that involved, at least in part, the commission or intended commission of one or more of the said substantive offenses triable by military commission; and did, with knowledge of the common criminal purpose of the al Qaeda enterprise and of the unlawful purposes of the agreement, willfully join the al Qaeda enterprise and willfully enter into the agreement with the intent to further those unlawful purposes, and knowingly commit one or more of the following overt acts in order to accomplish some objective or purpose of the enterprise and the agreement:

  a. On or about August 2001, al Sharbi, a Saudi citizen and a graduate of the Prescott, Arizona campus of Embry Riddle University with a degree in electrical engineering, left the Saudi Arabia in order to receive terrorist training in Afghanistan.

  b. In August 2001, al Sharbi attended the al Qaeda-run al Farouq training camp, where he was first introduced to Usama bin Laden.  At al Farouq, al Sharbi's training included, *inter alia*, physical training, military tactics, weapons instruction, and firing a variety of individual and crew-served weapons.

  c. During August and September 2001, al Sharbi stood watch with loaded weapons at al Farouq at times when Usama bin Laden visited the camp.

d. From August 2001 to September 13, 2001, al Sharbi provided English translation for another camp attendee's military training at al Farouq, to include translating the attendee's personal *bayat* ("oath of allegiance") to Usama bin Laden.

e. On or about September 13, 2001, anticipating a military response to al Qaeda's attacks on the United States of September 11, 2001, al Sharbi and the remaining trainees evacuated from al Farouq. Al Sharbi and others fled the camp and were told to fire warning shots in the air if they saw American missiles approaching.

f. In December 2001, al Sharbi followed the orders of Muhammad Atef (a/k/a/ Abu Hafs al Masri), the head of al Qaeda's military committee and al Qaeda's military commander. Muhammad Atef ordered that al Sharbi, as one of two "brothers" from the al Farouq training camp, receive electronically-controlled explosives training in Pakistan, for the purpose of establishing a new and independent section of the military committee.

g. Between late December 2001 and the end of February 2002, al Sharbi, al Qahtani and Binyam Mohamed moved from Birmel, Afghanistan, to a safe house in Faisalabad, Pakistan, where they would obtain further training.

h. In March 2002, Barhoumi facilitated the purchase of electronic components, which included, *inter alia*, electrical resistors, plastic resistors, light bulbs for circuit board lights, plastic and ceramic diodes, circuit testing boards, an ohmmeter, watches, soldering wire, soldering guns, wire and coil, six cell phones of a specified model, transformers and an electronics manual. While at the Faisalabad guesthouse, using these recently purchased supplies, al Sharbi trained on how to build hand-held remote-detonation devices for explosives.

i. After Qahtani and Sharbi completed their training and sufficient number of circuit boards were built, al Sharbi intended to return to Afghanistan in order to use, and to train others to construct remote-control devices to detonate, car bombs against United States forces.

j. On March 28, 2002, al Sharbi, Barhoumi, al Qahtani, and others were captured in a safe house in Faisalabad after authorities raided the home.

CHARGE II:  Violation of 10 U.S.C. § 950v (b)(25) Providing Material Support for Terrorism

Specification:  In that Ghassan Abullah al Sharbi, a person subject to trial by military commission as an alien unlawful enemy combatant, did, at various locations in Afghanistan, Pakistan and elsewhere, between about August 2000 and March 2002, in the context of or associated with an armed conflict, intentionally provide material support to al Qaeda, an international terrorist organization engaged in hostilities against the United States, knowing that such organization has engaged or engages in terrorism, by performing at least one of the following acts:

   a. On or about August 2001, al Sharbi, a Saudi citizen and a graduate of the Prescott, Arizona campus of Embry Riddle University with a degree in electrical engineering, left the Saudi Arabia in order to receive terrorist training in Afghanistan.

   b. In August 2001, al Sharbi attended the al Qaeda-run al Farouq training camp, where he was first introduced to Usama bin Laden.  At al Farouq, al Sharbi's training included, *inter alia*, physical training, military tactics, weapons instruction, and firing a variety of individual and crew-served weapons.

   c. During August and September 2001, al Sharbi stood watch with loaded weapons at al Farouq at times when Usama bin Laden visited the camp.

   d. From August 2001 to September 13, 2001, al Sharbi provided English translation for another camp attendee's military training at al Farouq, to include translating the attendee's personal *bayat* ("oath of allegiance") to Usama bin Laden.

   e. On or about September 13, 2001, anticipating a military response to al Qaeda's attacks on the United States of September 11, 2001, al Sharbi and the remaining trainees evacuated from al Farouq.  Al Sharbi and others fled the camp and were told to fire warning shots in the air if they saw American missiles approaching.

f.  In December 2001, al Sharbi followed the orders of Muhammad Atef (a/k/a/ Abu Hafs al Masri), the head of al Qaeda's military committee and al Qaeda's military commander. Muhammad Atef ordered that al Sharbi, as one of two "brothers" from the al Farouq training camp, receive electronically-controlled explosives training in Pakistan, for the purpose of establishing a new and independent section of the military committee.

g.  Between late December 2001 and the end of February 2002, al Sharbi, al Qahtani and Binyam Mohamed moved from Birmel, Afghanistan, to a safe house in Faisalabad, Pakistan, where they would obtain further training.

h.  In March 2002, Barhoumi facilitated the purchase of electronic components, which included, *inter alia,* electrical resistors, plastic resistors, light bulbs for circuit board lights, plastic and ceramic diodes, circuit testing boards, an ohmmeter, watches, soldering wire, soldering guns, wire and coil, six cell phones of a specified model, transformers and an electronics manual. While at the Faisalabad guesthouse, using these recently purchased supplies, al Sharbi trained on how to build hand-held remote-detonation devices for explosives.

i.  After Qahtani and Sharbi completed their training and sufficient number of circuit boards were built, al Sharbi intended to return to Afghanistan in order to use, and to train others to construct remote-control devices to detonate, car bombs against United States forces.

j.  On March 28, 2002, al Sharbi, Barhoumi, al Qahtani, and others were captured in a safe house in Faisalabad after authorities raided the home.