IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GHASSAN ABDULLAH AL SHARBI, et al., <br><br>Petitioners, <br><br>v. <br><br>GEORGE W. BUSH, et al., <br><br>Respondents. | ) <br> ) <br> ) <br> ) <br> ) Civ. No. 05-2348 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF APPEARANCE

Undersigned counsel, Paul A. Dean, of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as one of the counsel for respondents in the above-captioned case. Please include undersigned counsel for defendants on all future correspondence, notices, and pleadings in this case.

Dated: July 14, 2008

Respectfully submitted,

GREGORY KATSAS
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ *Paul A. Dean*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL A. DEAN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-1280

Attorneys for Respondents