IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GHASSAN ABDULLAH AL SHARBI, et al., | ) ) ) ) ) ) ) ) ) ) ) ) | Civ. No. 05-2348 (EGS) |
| Petitioners, | | |
| v. | | |
| GEORGE W. BUSH, et al., | | |
| Respondents. | | |

**RESPONDENTS' STATUS REPORT**

Pursuant to this Court's July 7, 2008 Order, respondents respectfully submit this Status Report on the above-captioned action.

1. Petitioner Ghassan Abdullah Al Sharbi also known as Abdullah al Muslim and as Abu Muslim (Internment Serial Number 0682) is the sole detainee-petitioner in this habeas corpus case.

2. Petitioner is a citizen of Saudi Arabia. On December 8, 2005, a petition for writ of habeas corpus was filed on petitioner's behalf. On December 14, 2005, a petition for writ of habeas corpus was filed on petitioner's behalf through a next friend, Abdullah Al Sharbi.

3. Petitioner is presently detained at Guantanamo Bay.

4. Petitioner was determined to be an enemy combatant by a Combatant Status Review Tribunal.

5. On May 28, 2008, Petitoner was charged pursuant to the Military Commissions

   Act of 2006 ("MCA") with violation of 10 U.S.C. § 950v(b)(28), Conspiracy and 10 U.S.C. § 950v(b)(25), Providing Material Support for Terrorism.

6.  Respondents intend to move to dismiss this proceeding or, in the alternative, to ask the Court to hold this action in abeyance pending final resolution of the MCA proceedings, and suggest that the Court coordinate briefings of this common issue with Judge Hogan. In the alternative to coordinating briefing on whether to hold in abeyance actions brought by petitioners who have been charged under the MCA, respondents respectfully request that the Court adopt an approach to scheduling in this proceeding consistent with that set out in the scheduling order that Judge Thomas Hogan entered on July 11, 2008 in the Guantanamo Bay habeas cases transferred to him for coordination and management. *In re Guantanamo Bay Detainee Litigation*, Misc. No. 08-442 (TFH) (dkt. no. 53), attached hereto as Exhibit A.

7.  Respondents do not oppose entry of the standard habeas protective orders, i.e., (1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued November 8, 2004, 344 F. Supp. 2d 174 (D.D.C. 2004); (2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and (3) the Order Supplementing and Amending Filing Procedures Contained in November8, 2004 Amended Protective Order, first issued December 13, 2004. Respondents reserve, however, the right to seek modifications to the protective order and supplemental orders as appropriate.

8. As the Amended Petition is styled as a next-friend petition, respondents request that petitioner inform respondents and the Court whether a direct (as opposed to next friend) authorization has been obtained by counsel for petitioner. Respondents also reserve the right to challenge next-friend standing.

9. There is one duplicate habeas petition, *Mohammon v. Bush* (Civil No. 05-cv-2386), that was filed on behalf of this petitioner on December 13, 2005. Because the present case is the first-filed on behalf of petitioner, the duplicate petition in *Mohammon* should be dismissed and any habeas proceedings on behalf of petitioner should proceed only in this case.

Dated: July 14, 2008

Respectfully submitted,

GREGORY KATSAS
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ *Paul A. Dean*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL A. DEAN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-1280

Attorneys for Respondents