IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GHASSAN ABDULLAH AL SHARBI<br>BY HIS NEXT FRIEND,<br>ABDULLAH AL SHARBI<br><br>Petitioner<br><br>v.<br><br>GEORGE W. BUSH, ET AL.,<br><br>Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV 05-2348 (EGS) |

### PETITIONER'S RESPONSE TO COURT'S JULY 24, 2008 ORDER

Petitioner responds to the Court's four questions as follows:

1) Is this case in a posture for a merits resolution at this time? **RESPONSE: No.**

2) If not, what are the impediments to a merits resolution at this time? **RESPONSE: Respondents have not yet filed a factual return.**

3) For any impediment listed in response to question 2, what is necessary to remove those impediments and proceed to a merits resolution? **RESPONSE: The Court should order Respondents to file a factual return, which will permit Petitioner's counsel to determine what, if any, further evidence is needed to put this case in a posture for hearing on the merits.**

4) What are your recommendations for a timely resolution of any impediments stated in answer to question 2? **RESPONSE: Petitioner respectfully requests that the Court order Respondents to file a factual return within thirty days of the Court's order.**

Burlington, Vermont.    July 24, 2008



DOWNS
RACHLIN
MARTIN PLLC

        Respectfully submitted,

/s    Robert D. Rachlin
DOWNS RACHLIN MARTIN PLLC
PO Box 190
199 Main Street
Burlington, VT 05402-0190
Tel. (802) 846-8327
rrachlin@drm.com