IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHASSAN ABDULLAH AL SHARBI, *et al.* | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) Civil Action No. 05-CV-2348 (EGS) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) |
| Respondents. | ) ) ) |

### **RESPONDENTS' RESPONSE TO COURT'S JULY 24, 2008 ORDER**

Pursuant to the Court's July 24, 2008 Order (dkt. No. 40), respondents hereby provide the Court with answers to the questions posed in the Order.

Petitioner in this case has been charged pursuant to the Military Commissions Act of 2006 ("MCA") with violations of that statute. Respondents intend to move to dismiss this proceeding or, in the alternative, to ask the Court to hold this action in abeyance pending final resolution of the MCA proceedings, and suggest that the Court coordinate the briefing of this common issue with Judge Hogan. In this regard, respondents note that Judge Hogan, in his

Scheduling Order of July 11, 2008, exempted respondents from the need to proceed with the preparation of factual returns for petitioners who have been charged under the MCA.

Dated: July 28, 2008                                    Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

/s/ Margaret Kuehne Taylor
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
MARGARET KUEHNE TAYLOR
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3755
Fax:  (202) 616-8470

Attorneys for Respondents