IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHASSAN ABDULLAH AL SHARBI, *et al.* <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-2348 (EGS) |

### **RESPONDENTS' RESPONSE TO COURT'S JULY 24, 2008 ORDER**

Pursuant to the Court's July 24, 2008 Order (dkt. No. 40), respondents hereby provide the Court with answers to the questions posed in the Order.

Petitioner in this case has been charged pursuant to the Military Commissions Act of 2006 ("MCA") with violations of that statute. Respondents intend to move to dismiss this proceeding or, in the alternative, to ask the Court to hold this action in abeyance pending final resolution of the MCA proceedings, and suggest that the Court coordinate the briefing of this common issue with Judge Hogan. In this regard, respondents note that Judge Hogan, in his

Scheduling Order of July 11, 2008, exempted respondents from the need to proceed with the preparation of factual returns for petitioners who have been charged under the MCA.

Dated: July 28, 2008            Respectfully Submitted,

                                               GREGORY G. KATSAS
                                               Assistant Attorney General

                                               JOHN C. O'QUINN
                                               Deputy Assistant Attorney General

                                               /s/ Margaret Kuehne Taylor
                                               JOSEPH H. HUNT (D.C. Bar No. 431134)
                                               VINCENT M. GARVEY (D.C. Bar No. 127191)
                                               JUDRY L. SUBAR
                                               TERRY M. HENRY
                                               ANDREW I. WARDEN
                                               PAUL E. AHERN
                                               MARGARET KUEHNE TAYLOR
                                               Attorneys
                                               United States Department of Justice
                                               Civil Division, Federal Programs Branch
                                               20 Massachusetts Avenue N.W.
                                               Washington, DC  20530
                                               Tel:  (202) 514-3755
                                               Fax:  (202) 616-8470

                                               Attorneys for Respondents