IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GHASSAN ABDULLAH AL SHARBI<br>BY HIS NEXT FRIEND,<br>ABDULLAH AL SHARBI | )<br>)<br>)<br>) | |
| Petitioner | ) | CV 05-2348 (EGS) |
| v. | )<br>)<br>) | |
| GEORGE W. BUSH, ET AL., | )<br>) | |
| Respondents | )<br>) | |

PETITIONER'S INTERIM STATUS REPORT #1

Petitioner submits this Interim Status Report unordered by the Court on the assumption that the Court's clearly-announced intention to effect prompt substantive progress in these detainee cases is consistent with the unsolicited furnishing of pertinent information by counsel, where such information bears on orders or inquiries by the Court. If the Court desires Petitioner to desist from submitting such unordered reports, Petitioner will, of course, comply.

1. In Respondent's Status Report of July 14, 2008 [38], Respondents asserted as follows:

    "9. There is one duplicate habeas petition, *Mohammon v. Bush* (Civil No. 05-cv-2386), that was filed on behalf of this petitioner on December 13, 2005. Because the present case is the first-filed on behalf of petitioner, the duplicate petition in Mohammon should be dismissed and any habeas proceedings on behalf of petitioner should proceed only in this case."

2. During the Status Conference of July 29, 2008, the Court inquired about the *Mohammon* case and its relationship to the instant case.



3. Upon examining the docket entries for the *Mohammon* case, Petitioner's counsel discovered that

   a. There are approximately 106 named petitioners in that action.

   b. Many petitioners are identified as "LNU," i.e., "last name unknown."

   c. One "petitioner" is identified as "All Petitioners."

   d. The instant Petitioner, Ghassan Al Sharbi, does not appear to be named in that case as a Petitioner. Petitioner's counsel examined the list or petitioners on the docket entry twice, but acknowledges that it's possible that the instant Petitioner's name may have eluded the observation of Petitioner's counsel or that an alias of the instant Petitioner unrecognized by Petitioner's counsel may have been included.

4. Petitioner suggests that Respondents identify for Petitioner and for the Court what evidence they have that the instant Petitioner is included as a petitioner in the *Mohammon* case, in response to the Court's expressed interest in that case and its pertinence, if any, to the instant case.

Burlington, Vermont.  July 31, 2008.

                                        Respectfully submitted,

/s   Robert D. Rachlin
DOWNS RACHLIN MARTIN PLLC
PO Box 190
199 Main Street
Burlington, VT 05402-0190
Tel. (802) 846-8327
rrachlin@drm.com

2773204.1

