IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHASSAN ABDULLAH AL SHARBI, <br> *BY HIS NEXT FRIEND,* <br> *ABDULLAH AL SHARBI* <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, *et al.* <br><br> Respondents. | Civil Action No. 05-CV-2348 (EGS) |

**STATUS REPORT**
**RESPONDING TO THE JUDGE'S DIRECTIVE, PERTAINING TO**
**PETITIONER AL SHARBI'S DUPLICATE PETITIONS FOR HABEAS CORPUS**

In their July 14, 2008 status report, respondents informed this Court that two different next friends filed duplicative petitions for habeas corpus on behalf of Petitioner Ghassan Abdullah Al Sharbi (Internment Serial Number (ISN) 0682) (also known as Abdullah al Muslim and Abu Muslim) (Mr. Al Sharbi), where: (1) on December 8, 2005, Next Friend Abdullah Al Sharbi, Mr. Al Sharbi's father, filed a habeas petition in the instant case and (2) on December 13, 2005, Next Friend Sami Muhyedin al Hajj (a fellow detainee) filed a habeas petition in *Mohammon v. Bush*, No. 05-2386.  Docket No. (Dkt. No.) 38.  In their status report, respondents further stated that because Mr. Al Sharbi's father filed the habeas petition in the instant case prior to the time a fellow detainee filed the habeas petition in *Mohammon*, this Court should proceed with the instant case and *Mohammon* should, insofar as Mr. Al Sharbi is concerned, be dismissed.  Dkt. No. 38.  In a July 31, 2008 interim status report, dkt. no. 44, Mr.

Al Sharbi, through Mr. Al Sharbi's father, his next friend in the instant case, suggested that this Court order respondents to show what evidence it possesses to show that Mr. Al Sharbi was a named petitioner in *Mohammon*. The *Mohammon* dismissal order obviates the necessity for such an order.

At the July 28, 2008 status conference in the instant case, this Court ordered the parties to file a report as to the status of the habeas petition Mr. Al Sharbi filed in *Mohammon*. The Court further directed respondents to seek dismissal of *Mohammon*, as it pertained to Mr. Al Sharbi.

*Mohammon* falls within *Guantanamo Bay Detainee Litigation*, No. 08-0442, being coordinated by Judge Thomas F. Hogan. On July 29, 2008, Judge Hogan entered a dismissal without prejudice order in *Mohammon*, as to each of the *Mohammon* petitioners not specifically identified in the order. *See Order*, *In Re: Guantanamo Bay Detainee Litigation*, Misc. No. 08-0442 (TF), Civil Action No. 05-2386, Dkt. No. 525. Judge Hogan did not identify Mr. Al Sharbi, either by his aliases or his ISN, in the *Mohammon* dismissal order. *Id*. Mr. Al Sharbi is, thus, within the class of petitioners as to whom the *Mohammon* dismissal applies. *Id*.

In compliance with this Court's July 28, 2008 status conference order, respondents hereby report to the Court that, in light of Judge Hogan's July 29, 2008 dismissal order, Mr. Al Sharbi no longer has a duplicate habeas petition pending.

Dated: August 1, 2008              Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

/s/ Margaret Kuehne Taylor
JOHN H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
MARGARET KUEHNE TAYLOR
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Tel:  202/305-06528

Attorneys for Respondents