IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| Batarfi v. Bush | ) | Case No.  05-CV-0409 (EGS) |
| Al Habashi v. Bush | ) | Case No.  05-CV-0765 (EGS) |
| Wahab v. Bush | ) | Case No.  05-CV-886 (EGS) |
| Ahmed v. Bush | ) | Case No.  05-CV-1234 (EGS) |
| Al Sharbi v. Bush | ) | Case No.  05-CV-2348 (EGS) |
| Sharifullah v. Bush | ) | Case No. 08-CV-1222 (EGS) |

_____

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of respondents:

> SCOTT M. MARCONDA
> U.S. Department of Justice
> Civil Division
> Federal Programs Branch
> Room 5130
> 20 Massachusets Ave., N.W.
> Washington, D.C. 20530
> 202-305-0169
> Scott.Marconda@usdoj.gov

Dated: August 12, 2008                    Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

_/s/ Scott M. Marconda_
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
PAUL AHERN
SCOTT M. MARCONDA (CA Bar No. 144225)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-0169
Fax:  (202) 616-8470

Attorneys for Respondents