# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AYMEN SAEED BATARFI, et al. | ) | |
|       Petitioners, | ) | |
| v. | ) | Civil Action No. 05-cv-0409 (EGS) |
| GEORGE W. BUSH, et al. | ) | |
|       Respondents | ) | |
| _____ | ) | |
| BENJAMIN MOHAMMED AL | ) | |
|   HABASHI, et al. | ) | |
|       Petitioners, | ) | |
| v. | ) | Civil Action No. 05-cv-0765 (EGS) |
| GEORGE W. BUSH, et al. | ) | |
|       Respondents | ) | |
| _____ | ) | |
| ABDUL WAHAB, | ) | |
|       Petitioner, | ) | |
| v. | ) | Civil Action No. 05-cv-0886 (EGS) |
| GEORGE W. BUSH, et al. | ) | |
|       Respondents | ) | |
| _____ | ) | |
| LABED AHMED, | ) | |
|       Petitioner, | ) | |
| v. | ) | Civil Action No. 05-cv-1234 (EGS) |
| GEORGE W. BUSH, et al. | ) | |
|       Respondents | ) | |
| _____ | ) | |
| GHASSAN ABDULLAH AL SHARBI, | ) | |
|       Petitioner, | ) | |
| v. | ) | Civil Action No. 05-cv-2348 (EGS) |
| GEORGE W. BUSH, et al. | ) | |
|       Respondents | ) | |
| _____ | ) | |
| RAMZI BIN AL-SHIBH, et al. | ) | |
|       Petitioners, | ) | |
| v. | ) | Civil Action No. 06-cv-1725 (EGS) |
| GEORGE W. BUSH, et al. | ) | |
|       Respondents | ) | |
| _____ | ) | |
| AHMED ZAID SALEM ZUHAIR, | ) | |
|       Petitioner, | ) | |
| v. | ) | Civil Action No. 08-cv-0864 (EGS) |
| GEORGE W. BUSH, et al. | ) | |
|       Respondents | ) | |

|                                |   |
|--------------------------------|---|
| SHARIFULLAH, et al.            | ) |
|              Petitioners,      | ) |
|              v.                | ) |
| GEORGE W. BUSH, et al.         | ) |
|              Respondents       | ) |
|                                | ) |

Civil Action No. 08-cv-1222 (EGS)

## ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO FILE EXCESS PAGES

Government's Motion for Leave to File Excess Pages is hereby GRANTED.

Respondents are hereby granted an additional three pages, for a total of 48 pages, for

Government's Brief Regarding Preliminary and Procedural Framework Issues, and that

document is deemed filed as of August 12, 2008.

Dated:

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE