# EXHIBIT A



# Department of Defense
## Director, Combatant Status Review Tribunals

OARDEC/Ser: 1 0 2 5

FOR OFFICIAL USE ONLY

1 0 MAR 2005

From: Director, Combatant Status Review Tribunal

Subj: **REVIEW OF COMBATANT STATUS REVIEW TRIBUNAL FOR DETAINEE ISN # 682**

Ref: (a) Deputy Secretary of Defense Order of 7 July 2004
(b) Secretary of the Navy Order of 29 July 2004

1. I concur in the decision of the Combatant Status Review Tribunal that Detainee ISN #682 meets the criteria for designation as an Enemy Combatant, in accordance with references (a) and (b).

2. This case is now considered final.

J. M. McGARRAH
RADM, CEC, USN

Distribution:
NSC ▇▇▇▇▇▇▇
DoS (Ambassador Prosper)
DASD-DA
JCS (J5)
SOUTHCOM (CoS)
COMJTFGTMO
OARDEC (Fwd)
CITF Ft Belvoir

FOR OFFICIAL USE ONLY

UNCLASSIFIED

1 Feb 05

MEMORANDUM

From:  Assistant Legal Advisor
To:    Director, Combatant Status Review Tribunal
Via:   Legal Advisor     *SEC*

Subj:  LEGAL SUFFICIENCY REVIEW OF COMBATANT STATUS REVIEW TRIBUNAL
       FOR DETAINEE ISN #682

Ref:   (a) Deputy Secretary of Defense Order of 7 July 2004
       (b) Secretary of the Navy Implementation Directive of 29 July 2004

Encl:  (1) Appointing Order for Tribunal #19 of 4 November 2004
       (2) Record of Tribunal Proceedings

1.  Legal sufficiency review has been completed on the subject Combatant Status Review
Tribunal in accordance with references (a) and (b).  After reviewing the record of the Tribunal, I
find that:

   a.  The detainee was properly notified of the Tribunal process and elected to participate.
   The detainee also provided a sworn statement in question and answer format to the
   Tribunal.  The Tribunal considered the detainee's sworn statement in its deliberations.

   b.  The Tribunal was properly convened and constituted by enclosure (1).

   c.  The Tribunal substantially complied with all provisions of references (a) and (b).
   Note that some information in exhibits R-4, R-5, R-10, and exhibits R-18 through R-20
   was redacted.  The FBI properly certified in exhibits R-2 and R-3 that the redacted
   information would not support a determination that the detainee is not an enemy
   combatant.

   d.  The detainee did not request that any witnesses or evidence be produced.

   e.  The Tribunal's decision that detainee #682 is properly classified as an enemy
   combatant was unanimous.

   f.  The detainee's Personal Representative was given the opportunity to review the
   record of proceedings and did not submit comments to the Tribunal.

2.  The proceedings and decision of the Tribunal are legally sufficient and no corrective action is
required.

UNCLASSIFIED                              000002

UNCLASSIFIED

Subj:  LEGAL SUFFICIENCY REVIEW OF COMBATANT STATUS REVIEW TRIBUNAL
       FOR DETAINEE ISN # 682

3.  I recommend that the decision of the Tribunal be approved and the case be considered final.

*Peter C. Bradford*

PETER C. BRADFORD
LT, JAGC, USNR

000003



### Department of Defense
Director, Combatant Status Review Tribunals

4 Nov 04

From: Director, Combatant Status Review Tribunals

Subj: APPOINTMENT OF COMBATANT STATUS REVIEW TRIBUNAL #19

Ref:    (a) Convening Authority Appointment Letter of 9 July 2004

By the authority given to me in reference (a), a Combatant Status Review Tribunal established by "Implementation of Combatant Status Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base, Cuba" dated 29 July 2004 is hereby convened. It shall hear such cases as shall be brought before it without further action of referral or otherwise.

The following commissioned officers shall serve as members of the Tribunal:

MEMBERS:

███████████████, Colonel, U.S. Army; President

███████████████, Commander, U.S. Navy; Member

███████████████, Major, JAGC, U.S. Army Reserve; Member (JAG)


J. M. McGARRAH
Rear Admiral
Civil Engineer Corps
United States Navy

000004



**HEADQUARTERS, OARDEC FORWARD**
GUANTANAMO BAY, CUBA
APO AE 09360

02 December 2004

MEMORANDUM FOR DIRECTOR, CSRT

FROM:  OARDEC FORWARD Commander

SUBJECT:  CSRT Record of Proceedings ICO ISN# 682

1. Pursuant to Enclosure (1), paragraph (1)(5) of the *Implementation of Combatant Status Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base, Cuba* dated 29 July 2004, I am forwarding the Combatant Status Review Tribunal Decision Report for the above mentioned ISN for review and action.

2. If there are any questions regarding this package, point of contact on this matter is the undersigned at DSN 660-3088.

CHARLES E. JAMISON
CAPT, USN

000005

SECRET//NOFORN//X1

**(U) Combatant Status Review Tribunal Decision Report Cover Sheet**

(U) This Document is UNCLASSIFIED Upon Removal of Enclosures (2) and (4).


(U) TRIBUNAL PANEL: ___#19___

(U) ISN#: ___682___

Ref:   (a) Convening Order for Tribunal #19 of 04 November 2004 (U)
       (b) CSRT Implementation Directive of 29 July 2004 (U)
       (c) DEPSECDEF Memo of 7 July 2004 (U)

Encl:  (1) Unclassified Summary of Basis for Tribunal Decision (U)
      (2) Classified Summary of Basis for Tribunal Decision (S//NF)
      (3) Summary of Detainee/Witness Testimony (U//FOUO)
      (4) Copies of Documentary Evidence Presented (S//NF)
      (5) Personal Representative's Record Review (U)

(U) This Tribunal was convened by references (a) and (b) to make a determination as to whether the detainee meets the criteria to be designated as an enemy combatant as defined in reference (c).

(U) The Tribunal has determined that Detainee #682 is designated as an enemy combatant as defined in reference (c).

(U) In particular, the Tribunal finds that this detainee is a member of, affiliated with, al Qaida, as more fully discussed in the enclosures.

(U) Enclosure (1) provides an unclassified account of the basis for the Tribunal's decision. A detailed account of the evidence considered by the Tribunal and its findings of fact are contained in enclosures (1) and (2).


Colonel, U.S. Army
Tribunal President

000006

# UNCLASSIFIED SUMMARY OF BASIS FOR TRIBUNAL DECISION

### (Enclosure (1) to Combatant Status Review Tribunal Decision Report)

TRIBUNAL PANEL: _____#19_____
ISN #: _____682_____

## 1. Introduction

As the Combatant Status Review Tribunal Decision Report indicates, the Tribunal has determined that this Detainee is properly classified as an enemy combatant and is a member of, or affiliated with, al Qaida. In reaching its conclusions, the Tribunal considered both classified and unclassified information. The following is an account of the unclassified evidence considered by the Tribunal. Any classified evidence considered by the Tribunal is discussed in Enclosure (2) to the Combatant Status Review Tribunal Decision Report.

## 2. Synopsis of Proceedings

The unclassified evidence presented to the Tribunal by the Recorder indicated that the Detainee is associated with al Qaida. The Detainee was born in Jeddah, Saudi Arabia. In August of 2001, the Detainee traveled from Jeddah, Saudi Arabia to Faisalabad, Pakistan via Dubai, United Arab Emirates and Karachi, Pakistan. The Detainee lived in a safe house with senior al Qaida operative in Pakistan until the time of the Detainee's capture. The Detainee was captured by Pakistani forces in a March 2002 raid of the safe house in Faisalabad, Pakistan. Abu Zubaydah is a senior Al-Qaida lieutenant. The Detainee taught English to other guests at the safehouse in Faisalabad, Pakistan. The Detainee received specialized training on remote control devices for use in explosives to detonate bombs against Afghani and United States forces. The Detainee received military training, including Basic Weapons (use, operation, and assembly/disassembly of assault rifles, UZI, Khalishnikov, Seminovs, M-16 and RPGs), Basic Warfare Tactics (tactical movement, concealment and mine avoidance) and navigation (navigation using compass, watch, stick in the ground against sunlight method and celestial methods) at a terrorist training camp in Afghanistan. Usama Bin Laden visited a terrorist training camp in Afghanistan about ten times while the Detainee was receiving training at that camp. The Detainee was observed chatting and laughing like pals with Usama Bin Laden during Bin Laden's visits to that particular terrorist training camp. The Detainee pressured another man to swear bayat to Usama Bin Laden during a face-to-face meeting at that particular terrorist training camp. The Detainee admittedly supports the jihad and the Chechens in the fight against the Russians. The Detainee wanted to be a mujihadeen freedom fighter. In December 2001, the Detainee was one of approximately 100 mujihadeen near Birmal, Afghanistan. The Detainee is called the "electronic builder" by GTMO Detainees, and is known as "Abu Zubaydah's right hand man". The Detainee chose to participate in the Tribunal process. He called no witnesses, requested no documents be produced, and made an oral, sworn statement. The Detainee, in his oral statement, stated that he was an

enemy fighter and would fight for the truth, did not come to defend himself and that to defend the Islamic nation was his duty.

3. Evidence Considered by the Tribunal

The Tribunal considered the following evidence in reaching its conclusions:

    a. Exhibits:  D-a, R-1 through R-20

    b. Testimony of the following persons:  none

    c. Sworn statement of the Detainee

**4. Rulings by the Tribunal on Detainee Requests for Evidence or Witnesses**

The Detainee requested no witnesses and requested no additional evidence be produced; therefore, no rulings on these matters were required.

**5. Discussion of Unclassified Evidence**

The Tribunal considered the following unclassified evidence in making its determinations:

    a. The recorder offered Exhibits R-1 thru R-3 into evidence during the unclassified portion of the proceeding.  Exhibit R-1 is the Unclassified Summary of Evidence.  While this summary is helpful in that it provides a broad outline of what the Tribunal can expect to see, it is not persuasive in that it provides conclusory statements without supporting unclassified evidence.  Exhibits R-2 and R-3 provided no usable evidence.  Accordingly, the Tribunal had to look to classified exhibits for support of the Unclassified Summary of Evidence.

    b. Essentially the only unclassified evidence the Tribunal had to consider was the Detainee's sworn testimony.  A summarized transcript of the Detainee's sworn testimony is attached as CSRT Decision Report Enclosure (3).  In sum, the Detainee stated that when we (the Tribunal) look at what was written about him, you will come up with the Enemy Combatant status.  It is his honor for eternity.  He took in account all of the accusations, but found that we (the Tribunal/U.S.) would be guilty of many more allegations.  The Detainee proceeded to list the accusations such as being infidels, supporting democracy and capitalism, and that ten percent of the people have ninety percent of the world's money.  He went on to say that he spoke English very well and that in your country (the U.S.); a father can't forbid his son to sleep with another man in the name of human rights.  He had lots of other examples such as the support the U.S. provided to Saddam Hussein and then blamed him for killing one million Iraqi children. "You forget that you made him up when you were worried about the Iranian revolution. " The Tribunal is to review the Enemy Combatant status but your (the U.S.'s) status does

not need a court. The Detainee then concluded with "I don't have any more to say and I don't want to hear any more."

The Tribunal also relied on certain classified evidence in reaching its decision. A discussion of the classified evidence is found in Enclosure (2) to the Combatant Status Review Tribunal Decision Report.

## 6. Consultations with the CSRT Legal Advisor

No issues arose during the course of this hearing that required consultation with the CSRT legal advisor.

## 7. Conclusions of the Tribunal

Upon careful review of all the evidence presented in this matter, the Tribunal makes the following determinations:

    a. The Detainee was mentally and physically capable of participating in the proceeding. No medical or mental health evaluation was deemed appropriate.

    b. The Detainee understood the Tribunal proceedings. He asked no questions regarding his rights and provided the Tribunal with a dissertation that had nothing to do with the unclassified summary. The Detainee then indicated that he would not say any more and chose not to hear any more. At this point he started chanting. The Tribunal President then asked the Detainee if he wished to hear the rest of the proceeding, which had information for him. He continued to chant and the Tribunal President then ended the unclassified session.

    c. The Detainee is properly classified as an enemy combatant and is a member of, or affiliated with al Qaida.

## 8. Dissenting Tribunal Member's report

None. The Tribunal reached a unanimous decision.

Respectfully submitted,



Colonel, U.S. Army
Tribunal President

UNCLASSIFIED//~~FOUO~~

**Summarized Sworn Detainee Statement**

*The Tribunal President read the Hearing Instructions to the Detainee.*

Tribunal President: Ghassan, Abdallah Ghazi Al Shirbi do you understand this process?

Detainee: I understand. Give me what you have.

Tribunal President: Do you have any questions concerning the tribunal process?

Detainee: No.

*The Personal Representative presented the Detainee Election Form (Exhibit D-A) to the Tribunal.*

*The Recorder presented the Unclassified Summary of Evidence (Exhibit R-1) to the Tribunal.*

*The Recorder confirmed that he had no further unclassified evidence or witnesses and requested a closed Tribunal session to present classified evidence.*

*The Tribunal President opened the Tribunal to the Detainee to make his statement and asked if he would like to make his statement under oath*

*The Recorder administered the Muslim oath to the Detainee.*

Tribunal President:  Recorder please summarizes the nature of the evidence.

Recorder:
3.a. The detainee is associated with al Qaida:
3.1. The detainee was born in Jeddah, Saudi Arabia
3.2. In August of 2001 the detainee traveled from Jeddah, Saudi Arabia to Faisalabad, Pakistan via Dubai, United Arab Emirates and Karachi, Pakistan.
3.3. The detainee lived in a safe house with senior al Qaida operative in Pakistan until the time of the detainee's capture.
3.4. The detainee was captured by Pakistani forces in a March 2002 raid of the safe house in Faisalabad, Pakistan.
3.5. Abu Zubaydah is a senior Al-Qaida lieutenant.
3.6. The detainee taught English to other guest at the safe house in Faisalabad, Pakistan.
3.7. The detainee received specialized training on remote control devices for use in explosives to detonate bombs against Afghani and United States forces.
3.8. The detainee received military training, including Basic Weapons (use, operation, and assembly/disassembly of assault rifles, UZI, Khalishnikov, Seminovs, M-16 and RPGs), Basic Warfare Tactics (tactical movement, concealment and mine avoidance) and

ISN# 682
Enclosure (3)
Page 1 of 5

UNCLASSIFIED//~~FOUO~~

000012

UNCLASSIFIED//~~FOUO~~

*navigation (navigation using compass, watch, stick in the ground against sunlight method and celestial methods) at a terrorist training camp in Afghanistan.*
*3.9. Usama Bin Laden visited a Terrorist training camp in Afghanistan about ten times while the detainee was receiving training at that camp.*
*3.10. The detainee was observed chatting and laughing like pals with Usama bin Laden during Bin Laden's visit to that particular terrorist training camp.*
*3.11. The detainee pressured another man to swear bayat to Usama Bin Laden during a face-to-face meeting at that particular terrorist training camp.*
*3.12. The detainee admittedly supports the jihad and Chechens in the fight against the Russians.*
*3.13. The detainee wanted to be a mujahadeen freedom fighter.*
*3.14. In December 2001, the detainee was one of approximately 100 mujahideen near Birmal, Afghanistan.*
*3.15. The detainee is called the "electronic builder" by GTMO detainees, and is known as "Abu Zubaydah's right hand man".*

Tribunal President: Does the Recorder have any witnesses to present?

Recorded: No Ma'am

Tribunal President: Does the Recorder have any further evidence?

Recorder: Ma'am President, I have no further unclassified information for the tribunal but request a closed tribunal session at an appropriate time to present classified information relevant to this detainee's status as an enemy combatant.

Tribunal President: Recorder, you will be allowed that opportunity at a later time.

Tribunal President: I see, by the detainee election form, that you have elected to participate today as evidence of your being here. Ghassan Abdallah Ghazi Al Shirbi, you may now present any evidence that you have to the tribunal and you have the assistance of your personal representative in doing so. Do you wish to present information to this tribunal and would you like to make your statement under oath?

Detainee: I have something short to say and I will say it.

Tribunal President: Do you wish to do that under oath or not?

Detainee: For sure, I will take an oath.

Tribunal President: Recorder would you please administer the oath.

Recorder: Please repeat.

Detainee: I have my own oath, I will say it myself.

ISN# 682
Enclosure (3)
Page 2 of 5

000013

UNCLASSIFIED/~~FOUO~~

Tribunal President:  OK

Detainee:  I swear to almighty god there is no god but him, that I will not only say the truth but fight for the truth, and I will be an enemy fighter to whoever is against the truth and god be my witness.

Tribunal President:  You may begin.

Detainee:  Honestly I did not come here to defend myself, but defend the Islamic nation, this is my duty and I have to do it. This is an important issue, more important like I said, you gathered here to look at what you have written and you will come up with a classification if this is an enemy combatant or not. If they come up with the classification enemy combatant, it is my honor to have this classification in this world until the end, until eternity, god be my witness.  You have given me fifteen accusations and I said to myself in my prison let's take all the accusations.

Translator:  Sorry, let him repeat so I can translate.

Detainee:  I said to myself in my prison, let's take all the accusations in context on you, like you did.  So I found the accusation against you to be many. I will try to count those accusations but they were many so honestly I did not count.  It starts from being the infidel against god and it's profits and you being against Jesus Christ and making him a god and the son of god and he is a prophet that was sent like Mosses, Abraham, and Mohammad and making him ware (ph.).  You left your religion or the faith of god and the only thing what was known was Sunday. Well some of you, not all of you, know god only on Sunday and some don't know god at all. You adopted this religion you call democracy and based on this religion being the head of capitalism.  I speak but I also speak English very well, but it is a custom that people like her (the translator) between me and you (tribunal) that carry my color but they are from you, so let them in between us so I will say capitalism upon you.

Translator:  I am sorry one word I do not understand does not come up to my mind.

Tribunal President:  That is OK

Detainee:  Capitalism is a revolution and the money is in few people's hands. Ninety percent of the money in the world is in the hands of ten percent of the people thanks to capitalism.  You are reaching social, reaching even in your country a father cannot forbid his son to sleep with another man or have sexual relationship with another man under the name of human rights.  There is a lot of other examples, your support of those governments in other countries and is known to be supported by weapons by you and financial support and moral support and your support for Israel upon land that is broken promises and promised land.

ISN# 682
Enclosure (3)
Page 3 of 5

000014

UNCLASSIFIED//~~FOUO~~

Translator: I sorry, I am having some problems understanding some words.

Detainee: The torah (ph.) has been changed and you came with something that is no more than a hundred years old and you support it. And supporting Saddam Hussein and so on, and killing one million Iraqi children and accusing Saddam Hussein and you forgot you are the one who made him up when you were scared of the Iran revolution and it does not end. Your culture chose to review the enemy combatant status. Your status as enemy combatants does not need a court. For your culture, the enemy combatant is Muslims Islam. Enemies yes, combatants no, you only wear the uniforms of what you call a coalition forces what I call traitors. I do not have anything to add and I do not want to say anything more then this and I do not want to hear more than this

Tribunal President: So that concludes your statement?

*The Tribunal President confirmed that the Personal Representative had no further evidence to present and that the Detainee no previously approved witnesses to present to the Tribunal and closed the open session.*

Detainee: [Starts to chant]

Tribunal President: Ghassan Abdallah Ghazi Al Shirbi shall be notified of the tribunal decision upon completion of the review of these proceedings by the convening authority in Washington D.C. If the tribunal does not decide that you are classified an enemy combatant you will be released to your own country as soon as arrangements can be made. We have other information to give you. Would you like to listen to it? If not, this will end our open session.

Detainee: [Still chanting]

*The Tribunal President explained the remainder of the Tribunal process to the Detainee and adjourned the open session.*

Tribunal President: We are going to reopen the unclassified session to allow the translator to translate of what the detainee was chanting as we adjourned and dismissed him from the room.

Translator: He said, "May god help me fight the infidels or the unfaithful ones".

Tribunal President: I appreciate that and of course we had the guards remove the detainee from the room. So at this point it concludes the open session of this tribunal.

ISN# 682
Enclosure (3)
Page 4 of 5

UNCLASSIFIED//~~FOUO~~

## **AUTHENTICATION**

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.

Colonel, U.S. Army
Tribunal President

UNCLASSIFIED//~~FOUO~~

## DETAINEE ELECTION FORM

**Date:** <u>8 Nov 2004</u>

**Start Time:** <u>1305</u>

**End Time:** <u>1338</u>

**ISN#:** <u>682</u>

**Personal Representative:** ████████████ <u>MAJOR, USAF</u>
**(Name/Rank)**

**Translator Required?** <u>YES</u>          **Language?** <u>ARABIC</u>

**CSRT Procedure Read to Detainee or Written Copy Read by Detainee?** <u>YES</u>

---

**Detainee Election:**

[X]     **Wants to Participate in Tribunal**

[ ]     **Affirmatively Declines to Participate in Tribunal**

[ ]     **Uncooperative or Unresponsive**

**Personal Representative Comments:**

Detainee wants to participate in the tribunal process.

Detainee wants to make an oral statement.

Detainee does not want the PR to help him.

Detainee does not request any witnesses.

Note: This detainee talked very little during the interview – did not even confirm his name. He
did respond verbally when I asked him if he wanted to attend his tribunal (answer: yes).

Personal Representative: ████████████████

UNCLASSIFIED//~~FOUO~~

**Exhibit D-a**

060017

UNCLASSIFIED

**Combatant Status Review Board**

TO: Personal Representative

FROM: OIC, CSRT (4 November 2004)

Subject: Summary of Evidence for Combatant Status Review Tribunal – AL SHIRBI, Ghassan Abdallah Ghazi

1. Under the provisions of the Secretary of the Navy Memorandum, dated 29 July 2004, *Implementation of Combatant Status Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base Cuba,* a Tribunal has been appointed to review the detainee's designation as an enemy combatant.

2. An enemy combatant has been defined as "an individual who was part of or supporting the Taliban or al Qaida forces, or associated forces that are engaged in hostilities against the United States or its coalition partners. This includes any person who committed a belligerent act or has directly supported hostilities in aid of enemy armed forces."

3. The United States Government has previously determined that the detainee is an enemy combatant. This determination is based on information possessed by the United States indicating that the detainee is associated with al Qaida.

   A. The detainee is associated with al Qaida:

       1. The detainee was born in Jeddah, Saudi Arabia.

       2. In August of 2001, the detainee traveled from Jeddah, Saudi Arabia to Faisalabad, Pakistan via Dubai, United Arab Emirates and Karachi, Pakistan.

       3. The detainee lived in a safe house with senior al Qaida operative in Pakistan until the time of the detainee's capture.

       4. The detainee was captured by Pakistani forces in a March 2002 raid of the safe house in Faisalabad, Pakistan.

       5. Abu Zubaydah is a senior Al-Qaida lieutenant.

       6. The detainee taught English to other guests at the safehouse in Faisalabad, Pakistan.

       7. The detainee received specialized training on remote control devices for use in explosives to detonate bombs against Afghani and United States forces.

       8. The detainee received military training, including Basic Weapons (use, operation, and assembly/disassembly of assault rifles, UZI, Khalishnikov, Seminovs, M-16 and RPGs), Basic Warfare Tactics (tactical movement, concealment and mine avoidance) and navigation (navigation using compass, watch, stick in the ground against sunlight method and celestial methods) at a terrorist training camp in Afghanistan.

       9. Usama Bin Laden visited a terrorist training camp in Afghanistan about ten times while the detainee was receiving training at that camp.

UNCLASSIFIED

000019

UNCLASSIFIED

10. The detainee was observed chatting and laughing like pals with Usama Bin Laden during Bin Laden's visits to that particular terrorist training camp.

11. The detainee pressured another man to swear bayat to Usama Bin Laden during a face-to-face meeting at that particular terrorist training camp.

12. The detainee admittedly supports the jihad and the Chechens in the fight against the Russians.

13. The detainee wanted to be a mujihadeen freedom fighter.

14. In December 2001, the detainee was one of approximately 100 mujahideen near Birmal, Afghanistan.

15. The detainee is called the "electronic builder" by GTMO detainees, and is known as "Abu Zubaydah's right hand man".

4. The detainee has the opportunity to contest his designation as an enemy combatant. The Tribunal will endeavor to arrange for the presence of any reasonably available witnesses or evidence that the detainee desires to call or introduce to prove that he is not an enemy combatant. The Tribunal President will determine the reasonable availability of evidence or witnesses.

**Memorandum**



| | | | |
|---|---|---|---|
| To | : | Department of Defense | Date 10/14/2004 |
| | | Office of Administrative Review | |
| | | for Detained Enemy Combatants | |
| | | Col. ██████ OIC, CSRT | |

From  :   FBI GTMO
          Counterterrorism Division
          Asst. Gen. Counsel ████████

Subject   REQUEST FOR REDACTION OF
          NATIONAL SECURITY INFORMATION
          ████ 682█

        Pursuant to the Secretary of the Navy Order of 29
July 2004, Implementation of Combatant Review Tribunal
Procedures for Enemy Combatants Detained at Guantanamo Bay
Naval Base, Cuba, Section D, paragraph 2, the FBI requests
redaction of the information herein marked[1].  The FBI makes
this request on the basis that said information relates to the
national security of the United States[2].  Inappropriate
dissemination of said information could damage the national
security of the United States and compromise ongoing FBI
investigations.

  CERTIFICATION THAT REDACTED INFORMATION DOES NOT SUPPORT A
DETERMINATION THAT THE DETAINEE IS NOT AN ENEMY COMBATANT

        The FBI certifies the aforementioned redaction
contains no information that would support a determination
that the detainee is not an enemy combatant.

        The following documents relative to ISN 682 have
been redacted by the FBI and provided to the OARDEC:

FD-302 dated 10/19/2002
FD-302 dated 11/28/2002

_____

    [1]Redactions are blackened out on the OARDEC provided FBI
document.

    [2]See Executive Order 12958

000021

Memorandum from ██████████ to Col. ████████████
Re:  REQUEST FOR REDACTION, 10/14/2004

        If you need additional assistance, please contact
Asst. Gen. Counsel ████████████ ████ or Intelligence Analyst ██████████
████ Intelligence Analyst ██████████████████████████

-2-

2 of 2

000022