**Memorandum**



| | |
|---|---|
| To | Department of Defense    Date 11/08/2004 |
| | Office of Administrative Review |
| | for Detained Enemy Combatants |
| | Capt. ▇▇▇▇▇▇, OIC, CSRT |
| From : | FBI GTMO |
| | Counterterrorism Division |
| | Asst. Gen. Counsel ▇▇▇▇▇▇ |
| Subject | REQUEST FOR REDACTION OF |
| | NATIONAL SECURITY INFORMATION |
| | ▇▇▇▇▇ 682 |

Pursuant to the Secretary of the Navy Order of 29 July 2004, Implementation of Combatant Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base, Cuba, Section D, paragraph 2, the FBI requests redaction of the information herein marked[1]. The FBI makes this request on the basis that said information relates to the national security of the United States[2]. Inappropriate dissemination of said information could damage the national security of the United States and compromise ongoing FBI investigations.

CERTIFICATION THAT REDACTED INFORMATION DOES NOT SUPPORT A DETERMINATION THAT THE DETAINEE IS NOT AN ENEMY COMBATANT

The FBI certifies the aforementioned redaction contains no information that would support a determination that the detainee is not an enemy combatant.

The following documents relative to ISN 682 have been redacted by the FBI and provided to the OARDEC:

```
FD-302 dated 06/19/02✓
FD-302 dated 11/26/02✓
FD-302 dated 11/28/02✓(ISN 817 interview)
FD-302 dated 03/31/03✓
FD-302 dated 04/17/03✓
FD-302 dated 05/06/03✓
```

[1]Redactions are blackened out on the OARDEC provided FBI document.

[2]See Executive Order 12958

1.72

000023

R3

Memorandum from ▮▮▮▮▮▮▮ to Capt. ▮▮▮▮▮▮▮▮
Re:  REQUEST FOR REDACTION, 11/08/2004


     If you need additional assistance, please contact
Asst. Gen. Counsel ▮▮▮▮▮▮▮▮ or Intelligence Analyst (IA)
▮▮▮▮▮▮ IA ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

000024

FD-302 (Rev 10-6-95)

 

FEDERAL BUREAU OF INVESTIGATION

Date of

transcription

Investigation on                    at
File #
by
This document contains neither recommendations nor conclusions of the FBI  It is the property of the FBI and is loaned to
your agency;
            n and its contents are not to be distributed outside your agency

06/19/2002

On 6/18/2002, Special Agent ▮▮▮▮▮▮ of the Federal Bureau of Investigation
(FBI) and Special Agent ▮▮▮▮▮▮▮▮▮ of the Criminal Investigation Division (CID) contacted
GHASSON ABDULLAH AL-SHARBI, Internment Serial Number (▮▮▮▮▮▮▮▮▮▮, at Camp
Delta, Guantanamo Bay, Cuba.  Also present during the interview was contract linguist
▮▮▮▮▮, in order to provide English to Arabic translation if needed.  AL-SHARBI was advised of
the identities of the interviewing agents and the purpose of the interview.  He then provided the
following information:

AL-SHARBI is a twenty-seven year old Saudi Arabian national.  He claims to have
been interviewed approximately fifteen times in Pakistan and Afghanistan by American authorities.
This is his initial interview at Camp Delta.  He then provided the following personal background
information:

| | |
|---|---|
| Name: | GHASSON ABDULLAH AL-SHARBI |
| DOB: | 12/28/74 |
| POB: | Jeddah, Saudi Arabia |
| Height: | 5'7" |
| Weight: | 150 pounds |
| Hair: | Black |
| Languages: | Arabic, English |
| Address: | Dawar Al-Handasah Circle, |
| | Jeddah, Saudi Arabia, |
| | (no street number). |
| | ▮▮▮▮▮▮▮▮ |
| Employment: | None. |
| Military: | None. |
| Education: | B.S. in Science and Engineering, ▮▮▮▮▮▮▮ |
| | ▮▮▮▮▮ (1998-2000). |
| | ▮▮▮▮▮▮▮▮▮ |
| | (1997-1998). |
| | King Faud University, |
| | Dammam, Saudi Arabia, |
| | (1992-1997). |
| Family: | |
| Father: | ABDULLAH AL-SHARBI. |
| Mother: | KHADIJAH AL-SHARBI. |
| Brother: | GHAZI AL-SHARBI, 28 years old, |

6/18/2002        Guantanamo Bay, Cuba



000025

1 of 4

R4

FOUO

FD-302
Continuation of FD-302 of

On
, Page

M.B.A., works █████ Riyadh.

Sister/son Abdullah Al-Sharbi/GHADIYAH AL-SHARBI, 24 years old.
Computer Science student.

| | |
|---|---|
| Sister: | GHADIR AL-SHARBI, 22 years old, Accountant. |
| Sister: | GHADA AL-SHARBI, 18 years old, College student. |
| Sister: | GHUFRAN AL-SHARBI, 16 years old |
| Brother: | MOHAMMED AL-SHARBI, 14 years old. |

AL-SHARBI spoke English throughout the interview. He said he learned English in college in Saudi Arabia, but became fluent during his college years in the United States. He said both his father and brother GHAZI are also fluent in English. Both attended college in the United States. AL-SHARBI's father received a masters degree at ███████████████ 1974, and his brother graduated from the University of California in 1997.

AL-SHARBI arrived in the United States in 1997. He obtained a student visa and enrolled in █████████████████████████. AL-SHARBI said he picked this college based on the recommendation from a distant relative identified as NAZAR GARATLY (PH). AL-SHARBI believes GARATLY now lives in the Tulsa, Oklahoma area.

After one year in █████████████████, AL-SHARBI transferred to █████████████████████ where he studied from approximately 5/98 to 8/2000. There he obtained a Bachelor's Degree in Science and Engineering. AL-SHARBI's degree concentrated in Electrical Engineering as applied to aviation.

AL-SHARBI stated there were no mosques in Prescott, so he would occasionally travel to the mosque at ████████████████. However, he and his friends at ████████████████ would usually pray at a classroom on the Prescott campus. At these prayer meetings, he met an individual named SUBRAH ZAKARIAH (PH), a student from Lebanon. AL-SHARBI remembers SUBRAH because FBI Agents came to ask questions about him during the 2000 school year.

As AL-SHARBI claims to have told the FBI in previous interviews, SUBRAH was only a casual acquaintance. He and other Arab speaking students at the university would often get together or stay in each others apartments, just out of comradery. AL-SHARBI knows that SUBRAH once organized a demonstration on the ████████ campus regarding war crimes against Moslem civilians in Chechnya. AL-SHARBI acknowledged he attended this demonstration at SUBRAH's request, but he insisted this was a peaceful demonstration, conducted with the permission of university officials.

AL-SHARBI advised he and SUBRAH were only casual friends. AL-SHARBI stated he was a senior at ████████████████ while SUBRAH was a freshman. He had no idea what SUBRAH's major was or what classes he attended. They did not have the same classes or go to school at the same times.

AL-SHARBI claims he told FBI agents to the best of his knowledge, SUBRAH was not affiliated with any extremist or fundamentalist groups. AL-SHARBI knew that SUBRAH was affiliated with the AL-MUHAJIRUN (PH) organization, which is headquartered in London, England. The goal of this group is the establishment of an Islamic state. However, AL-SHARBI said he believes this group wants to achieve its goal through peaceful and political means.

FOUO

000026



FD-302a
Continuation of FD-302 of ▮▮▮▮▮▮▮▮▮▮▮▮
On
Page

When AL-SHARBI finished his degree at ▮▮▮▮▮▮▮▮▮▮▮ he stayed in    3
Arizona and became a day trader in the stock market. He claims he was not employed with a company, but made stock trades on his own. Using money sent to him by his parents in Saudi Arabia, AL-SHARBI invested in

the stock market. He still has two open accounts with ▮▮▮▮▮ identifying the account numbers as ALSHA-61162 and ALSHA-42426. Unfortunately, AL-SHARBI lost a great deal of the money through investments that did not do well. He soon ran low on funds, and had to return to Saudi Arabia.

Losing money sent to him by his parents put a great strain on their relationship. He felt uncomfortable living in their home, and he said he wanted to earn money to pay his family back. AL-SHARBI had only $2000.00 left, so he decided to travel to Pakistan. AL-SHARBI explained that in Pakistan, the cost of living is very low, and there are good schools where he could continue his education and obtain his masters degree. He also considered getting into the clothing business, buying leather cheaply in Pakistan and sending them to clothing manufacturers in Saudi Arabia.

In January, 2001, AL-SHARBI flew from Jeddah, Saudi Arabia to Karachi, Pakistan. AL-SHARBI picked Karachi because it was a large town and he thought there would be educational opportunities for him there. He met a man in Karachi through the internet, known only as ▮▮▮▮ ▮▮▮▮▮▮ told AL-SHARBI he could help him get into a college in Pakistan, and that he could stay in ▮▮▮▮▮ house while he waited. However, while he was living with ▮▮▮▮▮▮, AL-SHARBI's laptop and check book were stolen. AL-SHARBI is sure ▮▮▮▮▮ was behind the theft. He therefore decided to move out.

While living in Karachi, AL-SHARBI met an individual identified only as ▮▮▮▮▮▮ ▮▮▮▮ at an internet cafe. ▮▮▮▮▮▮ was an Arab from the Palestine/Jordan area. He offered to help AL-SHARBI find a new place to live in Pakistan. ▮▮▮▮ took AL-SHARBI to a house in Faisalabad, Pakistan. He said there were a number of professional, educated people living in this house, and that AL-SHARBI would feel comfortable there.

▮▮▮▮▮▮▮ did not own this house, but he did come by often. AL-SHARBI said everyone living in this house were highly educated, professional people such as doctors, teachers, engineers, etc. AL-SHARBI also met another person who stayed at this building periodically. AL-SHARBI only knew this individual as ▮▮▮▮▮▮▮▮. AL-SHARBI said he knew very little about ▮▮▮▮▮, only that he would stay at this house every now and then.

About ten days after moving into the house, AL-SHARBI said a number of Pakistani police came and arrested everyone inside, including AL-SHARBI. There were a number of shots fired during these arrests. One person was killed and several were wounded. AL-SHARBI and eleven or twelve other people from house were arrested and taken to jail by the Pakistanis. This incident occurred approximately three months ago (estimated March, 2002).

At the police station, AL-SHARBI was advised that he and the other people in the building were arrested because of their possible association with the above mentioned ▮▮▮▮▮. The police informed AL-SHARBI that ▮▮▮▮▮ real name was ▮▮▮▮▮▮▮▮ a known Islamic radical fundamentalist. AL-SHARBI stated he was shocked to hear this and said the person he knew as ▮▮▮ "did not look and act like a fundamentalist". He said that living in the Middle East, he can usually tell a fundamentalist by the way they speak, their clothing, etc. AL-SHARBI said ▮▮▮▮▮ did not give that indication.

AL-SHARBI was taken to a jail in Lahore, Pakistan, where he remained for two days. He was then transferred to a prison in Islamabad, Pakistan where he was held for approximately two



abad, was transferred to the American prison in Bagram, Afghanistan for eighteen days, then to the U.S. prison in Kandihar for ten days. AL-SHARBI was then transferred to Camp Delta. AL-SHARBI said he has been interviewed a number of times by American Army representatives and FBI Agents in all these camps.

AL-SHARBI insists he was not an associate of ABU ZUBAIDAH, nor did he have any knowledge of ABU ZUBAIDAH's background or affiliations with fundamentalist groups. He stated he has never received any military training. He has no affiliation with the Taliban or Al-Qaeda organizations, or any other terrorist groups in Pakistan, Afghanistan, Saudi Arabia, the United States, or any other country. AL-SHARBI cannot identify Taliban or Al-Qaeda members, training or storage facilities. He claims to have no knowledge of these groups' past or future operations, including the 9/11/2001 terrorist attacks in New York and Washington, DC.

AL-SHARBI stated no individual or group has asked him to use his education or expertise in aviation engineering to help in any operation. He has not been asked to invest or transfer funds through his Datek accounts.

AL-SHARBI repeated he traveled from Saudi Arabia to Pakistan for business and was never in Afghanistan until he was taken to prison there by the ____. He said his passport will validate all the travel he has described in this interview. He claims his passport and his wallet containing all his identification were confiscated by the Pakistani authorities. AL-SHARBI claims to have never been arrested or under suspicion for any crime in Saudi Arabia.



FD-302 (Rev 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of

transcription

Investigation on                              at

File #                                                              Date dictated

by

This document contains neither recommendations nor conclusions of the FBI  It is the property of the FBI and is loaned to

your agency;

it and its contents are not to be distributed outside your agency

11/28/2002

      On 11/27/2002, GHASSAN ABDULLAH AL-SHARBI, ████████
██████, DOB 12/28/77 was interviewed at Camp Delta, Guantanamo
Bay, Cuba by Det. ████████████, FBI Task Force Officer. Also
present during the interview was SA ████████, Air Force Office
of Special Investigations. AL-SHARBI was informed of the nature of
the interview by the interviewers. The results of the interview are
as follows:

      The interviewers apologized to AL-SHARBI for having to
interview him again prior to the end of Ramadan. He was assured
that every attempt was made to keep from interviewing him until the
end of Ramadan. AL-SHARBI asked one of the interviewers to swear
that he had done everything possible to avoid the interview before
the end of Ramadan.

      AL-SHARBI was asked again about the possibility of a
planned mass suicide occurring amongst the detainees at the Camp.
He said that it was not applicable for him, in his state of being,
to commit suicide. He would not say if it might be applicable for
others in the Camp to commit suicide. He has heard talk from
previous interviewers and from other detainees pertaining to rumors
of suicide. Suicide might be possible since detainees are provided
sheets and blankets. The Muslim religion and fatwas generally
prohibit the taking of one's own life except during exceptional
circumstances, i.e.: the torturing of an individual during
interrogation. AL-SHARBI is not aware of specific plans for
coordinated suicide of the detainees.



Guantanamo Bay, Cuba

000029

FD-302a (Rev 10-6-95)
Continu

On
Page

Ghassan Abdullah Al-Sharbi                    11/27/2002



        During a prior interview (FD-302 dated 10/26/2002), AL-
SHARBI made the comment: "I got out of the circle and now I am in
chains." He was asked about the meaning of this comment. He said he
did not remember the reason he said it and asked to be told what
the comment was in relation to. When told that it concerned
▇▇▇▇▇, Bayat and AL-SHARBI's participation at an Afghanistan
Training camp, AL-SHARBI became defensive and stared at the ground.
He told the interviewers to "check the tapes", referring to his
belief that all interviews are video taped. AL-SHARBI also pointed
out that he believes ▇▇▇▇▇ has been hired by the United States and
is being paid to provide information to authorities. AL-SHARBI was
told that information regarding his involvement in a terrorist
training camp came from multiple sources, not just ▇▇▇▇▇. AL-
SHARBI said that if ▇▇▇▇▇▇▇ provided the information, he was
also being paid. AL-SHARBI was reminded of an earlier statement he
made indicating his hate for ▇▇▇▇▇, and was told that ▇▇▇▇▇ was
only disappointed with AL-SHARBI for tricking him into taking the
Bayet in front of USAMA BIN LADEN. At this point, AL-SHARBI looked
up and asked if ▇▇▇▇▇ was in custody.

        AL-SHARBI was asked if he had ever made any mistakes. His
response was to ask whether interviewers meant general or specific
mistakes. AL-SHARBI was then confronted with the fact that the
government believes that he was in a terrorist training camp in
Afghanistan between July 2001 and September 2001 and that he
provided Arabic to English translation during this time to ▇▇▇▇▇
▇▇▇▇▇ AL-SHARBI was told that he is beginning to believe his own
lies about where he was during this time period. He was asked to
realize and admit his mistakes and move ahead with his life as he
had done with the loan from his mother and as the interviewer had
done with the IPO purchase. AL-SHARBI said that the supposed
inconsistencies in his statements are our problem and not his. He
said that credit card transactions and stamps in his passport will
confirm his whereabouts for this time period. AL-SHARBI repeated
many times "It's not my problem".



[redacted]

On
, Page Ghassan Abdullah Al-Sharbi 11/27/2002 3

[redacted]

At the interviewers request, AL-SHARBI subsequently provided the following historical time line for his whereabouts between June 2001 until the time of his arrest in Faisalabad, Pakistan in March 2002:

**August 2000 to August 2001**

In August 2000, AL-SHARBI traveled from Arizona to Saudi Arabia. AL-SHARBI said he moved in with his parents and six brothers and sisters in Jeddah, Saudi Arabia. He spent this time dealing with stock options from home.

**August 2001 to February 2002**

AL-SHARBI said that he left Saudi Arabia for Pakistan about one month before 09/11/2001. Towards the end of August (he could not be specific about the date), he traveled via public transportation (bus) approximately one or two days (1200 km) to the airport in Dubai, United Arab Emirates. He stayed at the airport for 6-7 hours before taking either a "Gulf Air" or "Qatar Air" flight to Karachi, Pakistan. He flew by himself under his own name and paid $200.00 to $400.00 in cash for the ticket.

Once at Karachi, Pakistan, AL-SHARBI stayed one night at the "Dabai" motel. He remembers that the night at this motel was at the "end of August 2001". He only stayed one night because the motel was nasty. The next day he went to another motel that was 10-15 minutes away and stayed there for 10 days.

After the 10 days, AL-SHARBI rented a room in Karachi from the parents of a subject named [redacted] who he met while staying at the previous motel. On approximately 12/20/2001, AL-SHARBI traveled to Yemen for a one week spiritual trip accompanied by people from his neighborhood in Karachi. They traveled from Karachi via Saudi Airlines to Sanaa, Yemen. Once at Sanaa, the group traveled by car on a 10 hour journey to "Sfola", Yemen where they stayed the week before returning home.

[redacted]

FD-302a (Rev. 10-6-95)
Continua

On
Page

Abdullah Al-Sharbi                    11/27/2002                    4

AL-SHARBI stayed with [REDACTED] and his parents until late
February 2002 when he moved into the house he was ultimately
arrested at in Faisalabad, Pakistan. This is the same house he was
arrested at in late March 2002. According to AL-SHARBI, he decided
to move to Faisalabad because [REDACTED] was sneaky and could not be
trusted. AL-SHARBI said his laptop and personal checks were stolen
from him while he lived with [REDACTED]. He related that the thefts
occurred prior to the start of Ramadan on 11/15/2001.



At the conclusion of the interview, AL-SHARBI was asked
if he would prefer to be released to Pakistani authorities and what
the jail conditions would be like for him there. AL-SHARBI said
that he would rather be sent home to Saudi Arabia. He refused to
indicate a preference for being in custody in Cuba or Pakistan and
would only state he wanted to be sent home. The interview was
subsequently terminated.



FD-302 (Rev 10-6-95)

FEDERAL BUREAU OF INVESTIGATION

transcription

Investigation on _____ at
File # _____
by _____                                    Date dictated _____

This document contains neither recommendations nor conclusions of the FBI  It is the property of the FBI and is loaned to
your agency;
it and its contents are not to be distributed outside your agency.

03/31/2003

     GHASSAN ABDULLAH AL-SHARBI, ISN# ████████████, date of
birth (DOB) December 28, 1974, in Jeddah, Saudi Arabia, was
interviewed at Camp Delta, Guantanamo Bay (GTMO), Cuba, by Special
Agent (SA) ███████████████████, Federal Bureau of Investigation
(FBI), and SA ███████████, United States Air Force Office of
Special Investigations (OSI).  After being advised of the
identities of the interviewers and the purpose of the interview,
conducted on March 31, 2003, AL-SHARBI provided the following
information:

     AL-SHARBI and interviewing agents discussed Saudi Arabian
citizens who have traveled to the United States.  AL-SHARBI will
bring a list of names of friends and relatives from Saudi Arabia
who have visited or been schooled in the United States.

     AL-SHARBI is called the "electronic builder" by GTMO
detainees.  They also call AL-SHARBI ███████████████ right hand
man."

     Interviewing agents asked AL-SHARBI his views on
electronics.  AL-SHARBI did not have much interest in the
electronic field.  AL-SHARBI made the decision to pursue an
engineering degree at the age of 17.  It is common for Saudi
Arabian citizens to come to the United States and receive an
engineering degree.  At one time, AL-SHARBI had aspirations of
obtaining a job as either a chemical or mechanical engineer in
Saudi Arabia.

     AL-SHARBI was outgoing with females while in the United
States.  AL-SHARBI used to "flirt a lot" with females.

     AL-SHARBI met an unidentified female on the plane from
████████████████████████ to Phoenix, Arizona in
August 1997.  AL-SHARBI and the unidentified female dated "several
times" while in Arizona.  The unidentified female was a few years
older than AL-SHARBI.  She subsequently moved to California.

     AL-SHARBI and the unidentified female met on the plane
while AL-SHARBI was studying a map of Arizona ██████████ gave

    03/31/2003    Guantanamo Bay, Cuba



FOUO

000044



FOUO //LES

FD-302a

Continuation of FD-302 of

On      Page

SHARBI the ██████████ key to 2
house in Arizona while they both were in Saudi Arabia.
house was on the map.

   AL-SHARBI told ████████████ he supported the "jihad"
and the Chechens in their fight against the Russians.  AL-SHARBI
wanted to be a mujahadeen, freedom fighter.

FD-302 (Rev. 10-6-95)

● ● FOUO/ho

FEDERAL BUREAU OF INVESTIGATION

Page of

transcription

Investigation on _____ at

File #

by

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to
your agency;

it and its contents are not to be distributed outside your agency

Date dictated

05/06/2003

        GHASSAN ABDULLAH AL-SHARBI, ISN# ██████████, date of
birth (DOB) December 28, 1974, in Jeddah, Saudi Arabia, was
interviewed at Camp Delta, Guantanamo Bay (GTMO), Cuba, by Special
Agent ████████████, Federal Bureau of Investigation (FBI) and
████████████, Air Force Office of Investigations (OSI). After
being advised of the identity of the interviewer and the purpose of
the interview.

        While AL-SHARBI stayed at the safe house everything
seemed normal. There was no furniture in the house. However, AL-
SHARBI had no indication, now or then, anything illegal was
occurring at the safe house. ████████ and ██████████████ talked
quite a bit, but the conversations did not appear to be private.
If a person approached them, ████████ would make eye contact.
However, on some occasions when ████████ was speaking with the
Pakistani's the conversations seemed private. If someone
approached them, ████████ would not always make eye contact. AL-
SHARBI interpreted these conversations as private.

        ████████ arrived at the house approximately 10 days
before the arrest. During the first five days, AL-SHARBI's
conversations with ████████ were formal. During the last five
days, the conversations between ████████ and AL-SHARBI were less
formal. They would joke around. ████████ also would talk about
women. ████████ may have went upstairs, but AL-SHARBI never
witnessed this. AL-SHARBI feels it is wrong to refer to the house
as ████████'s house. ████████ was just a guest at the safe
house. ████████ told AL-SHARBI that ████████ would be leaving the
safe house (NFI).

        ████████ was very social, funny, loud and a cool guy.
████████ and everyone else in the house knew AL-SHARBI was an
engineer. AL-SHARBI could not recall any specific conversations
with ████████ about engineering.

        ████████████████████████████████ did not stay at the house,
but he would visit. ████████ had a cell phone. ████████ also knew a
dean of a school and a vice president of a large company (NFI).
████████ told AL-SHARBI he was speaking with the dean and the vice
president to help AL-SHARBI get a job and into the university.
████████ seemed like a wealthy person who knew a lot of people.

        05/06/2003    Guantanamo Bay, Cuba

████████████████████    FOUO/ho    000069    1+2

R/P



the

Pakistanis. ███████████ had candy and other things for the house. AL-SHARBI was told by the Pakistani police after his arrest the main reason they were caught was because they used a cellular phone.

AL-SHARBI advised the computer arrived only a few days before the arrest. However, he could not remember if the computer arrived before or after ███████████ arrival. Approximately five days before the arrest, AL-SHARBI saw a box with computer hardware, sound cards, discs, headphones and software. ███████████ told AL-SHARBI the items were for the computer. AL-SHARBI asked ███████ if anyone knew how to install the computer items. ███████ told AL-SHARBI he was not the only educated person in the house. AL-SHARBI was offended by this comment.

AL-SHARBI also saw Microsoft books for the computer in the safe house. The electrical items mentioned above were the only electrical items seen by AL-SHARBI at the safe house. No one at the safe house showed AL-SHARBI any notes regarding circuit boards or electrical engineering.

AL-SHARBI and ███████████, ███████████, talked about electrical engineering books, engineering curriculum and credits at universities. AL-SHARBI saw a lot of books on various subjects in the house.

AL-SHARBI drew a diagram of the safe house for interviewers. AL-SHARBI labeled the various rooms. After AL-SHARBI identified the rooms, the information was written on the diagram by the interviewer. AL-SHARBI showed interviewers on the diagram the rooms where various people routinely slept. However, AL-SHARBI stated the people often slept in a room for a few nights, then slept in another room. All of the people slept in different rooms during their visit. The only exception to this was ███████████, ███████████, who always slept in the same room. AL-SHARBI slept in all of the rooms at various times during his stay at the house. The diagram drawn by AL-SHARBI is included with the original notes in the 1A section of the file.



FD-302 (Rev. 10-6-95)



**FEDERAL BUREAU OF INVESTIGATION**

Date of
Transcription

Investigation on                                                at
File #
by
This document contains neither recommendations nor conclusions of the FBI  It is the property of the FBI and is loaned to

your agency

04/17/2003

       GHASSAN ABDULLAH AL-SHARBI, ISN# ▓▓▓▓▓▓▓▓, date of
birth (DOB) December 28, 1974, in Jeddah, Saudi Arabia, was
interviewed at Camp Delta, Guantanamo Bay (GTMO), Cuba, by Special
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Federal Bureau of Investigation (FBI), and
▓▓▓▓▓▓▓▓▓, United States Air Force Office of Special
Investigations (OSI).  After being advised of the identities of the
interviewers and the purpose of the interview, AL-SHARBI provided
the following information:

       AL-SHARBI arrived at the safe house in Faisalibad, Pakistan in
mid-February 2002.  There were 20 or more people at the house when
AL-SHARBI arrived.  It reminded him of the Saudi gatherings in
Tempe, Arizona.  When AL-SHARBI arrived at the house he was excited
because there were men from Saudi Arabia at the house.  It was a
party atmosphere, without the women and alcohol.  AL-SHARBI
commented there were not many Arabs in Karachi.

       At the safe house, the front gate was controlled by
Pakistanis.  The Pakistanis ran the house, getting food, driving,
fixing tings, obtaining supplies, etc.  There were approximately
five or six Pakistanis who operated the house.  They also prayed
and ate with the residents.

       Upon arriving at the safe house, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓ introduced AL-SHARBI to ▓▓▓▓▓▓▓▓ at the door of the house.
Ahmed told ▓▓▓▓ that AL-SHARBI was an engineer, and ▓▓▓▓ told AL-
SHARBI that ▓▓▓ was a doctor.  AL-SHARBI could not remember
▓▓▓▓ speciality. ▓▓▓ had medical books, but AL-SHARBI did not
think ▓▓▓ attended classes or worked. ▓▓▓▓ read a lot, and AL-
SHARBI would help ▓▓▓ translate things written in English to
Arabic.  AL-SHARBI often found it difficult to translate words from
▓▓▓▓▓▓ medical books.  However, newspapers and other items in
English were easier to translate.

       AL-SHARBI described ▓▓▓▓ as follows:

      Height:
      Weight:
      Eyes:
      Complexion:
      Clothes:



     04/17/2003      Guantanamo Bay, Cuba



000071





GHASSAN ABDULLAH AL-SHARBI                    04/17/2003

On
Page

AL-SHARBI described ▆▆▆ as follows:

Height:
Weight:
Region:

AL-SHARBI spoke with ▆▆▆ everyday.  They talked about
numerous subjects, such as medicine, engineering, Saudi Arabia and
religion. ▆▆▆ was nicer to AL-SHARBI than he was with the other
people in the house. ▆▆▆ used to joke with AL-SHARBI about his
(AL-SHARBI's) receding hairline, cooking a lot of eggs and other
things.  Some of the people had arguments in the house about not
cleaning up, making noise and things of that nature.

Other people from the Sham region were ▆▆▆
and ▆▆▆

AL-SHARBI was treated as a guest at the safe house.
People came and went everyday.  Some would later return, others
would not.  The people in the house were going to college; some were
working on their master degrees.  People would eat, have fun and
leave.  AL-SHARBI later learned, while at Camp Delta, the house was
known as an Aldafa (phonetic).  AL-SHARBI thought the house was
being financed by an Arab student society.  AL-SHARBI never paid
for anything while staying at the house.  Ahmed also told AL-SHARBI
he would not have to pay for anything.

When ▆▆▆ arrived at the safe house,
the people treated him with a familiarity.  ▆▆▆ was very
outgoing, loud and liked to joke.

AL-SHARBI's typical day began with a morning prayer.  He
then returned to bed until around 10:00 a.m.  He would then read
the newspaper (written in English), eat breakfast and pray.  At
this time ▆▆▆ would teach people how to use the computer.  He
would teach them how to send e-mails and other basic functions.  AL-
SHARBI advised the computer did not arrive until the day of ▆▆▆
▆▆▆ arrival or shortly after his arrival.  AL-SHARBI did not
attend the computer classes as knew how to use it.  AL-SHARBI would
teach English.  After classes the people would then pray again.
After prayers, different people would read aloud from a book of
Mohammed's teachings.  Many of the reading were regarding Jihad.
AL-SHARBI would sometimes argue with the people about the
interpretations.  Some of the people in the house attended
Celiphi's (phonetic) University in Faisalibad, a religious college
in Faisalibad.

One man (NFI) from Saudi Arabia use to give AL-SHARBI a
difficult time about being westernized.  This man used to talk
about September 11.  The man left before ▆▆▆ arrived.



000072

 

GHASSAN ABDULLAH AL-SHARBI                          04/17/2003

   AL-SHARBI believes the American action in Afghanistan
after September 11 was natural.  However, AL-SHARBI does not
believe Americans should be in Saudi Arabia.  The Saudi government
should have a better military so they can be sovereign and not rely
on the American Military.  The Saudi government could pay for
training from various countries.  AL-SHARBI stated his beliefs were
mainly because the Saudi military needs to be stronger, not because
Americans were in Saudi Arabia.  During the Gulf War in 1991, AL-
SHARBI believes Saddam Hussein's forces could have taken Saudi
Arabia in three days.



000073



FD-302 (Rev. 10-6-95)

FEDERAL BUREAU OF INVESTIGATION

Date of transcription

Investigation on _____ at _____

File # _____    Date dictated _____

by _____

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency

11/28/2002

    On 11/26/2002, ███████████████████, DOB ███████████ was in██████d at Camp Delta, Guantanamo Bay, Cuba by Det. ██████████ FBI Task Force Officer. Also present during the interview was Special Agent ██████████ Air Force Office of Special Investigations (AFOSI). ██████ was advised of the identity of the interviewing agents and the nature of the interview. ██████ was questioned specifically on GHASSAN ABDULLAH AL-SHARBI, a.k.a. ABU ABDULLAH, ISN ██████ 282██████ provided the following information:

    ██████████ said he likes to be called ██████ ██████ is a ██████████ with family still living in London, ██████ Interviewing agents praised BELMAR for his past cooperation with other interviewing agents.

    ██████████ stated he knows AL-SHARBI as ABU ABDULLAH and they first met at the ████████████ near ██████ BELMAR and ABU ABDULLAH were in the ████████████ which consisted of about ████████████ There were about ██████ with ██████ in each. All were chosen at random based on their arrival date ██████ ABU ABDULLAH was assigned as ████████████ By the emir of the training camp. ██████ arrived at the ██████ HAMZAL and SALMAN. BELMAR explained the name ██████ is his ██████ A ██████ was described by ██████ as an individual's fake name for security reasons.

    ██████████ described ABU ABDULLAH as a "brainbox" who asked many personal questions of others. Because of this, his early belief of ABU ABDULLAH was that he might be a spy. ██████ believed ABU ABDULLAH to be an educated "battlefield fighter" who wanted to become a martyr. ABU ABDULLAH was familiar with ████████████ and talked of his travels there. ABU ABDULLAH also spoke of his travels to New York City and his loss of money there (NFI). ABU ABDULLAH came to the training camp with his cousin (NFI) and an

11/26/2002    Guantanamo Bay, Cuba



000074

1 of 3

FD-302a
Continuation of FD-302 of  ● FOUO//fe ●

On
. Page              Richard Dean Belmar                    11/26/2002

▮▮▮▮▮▮▮▮▮▮▮▮ a fact that ABU ABDULLAH did not
want anyone to know about. ABU ABDULLAH was very proficient in
navigation and in the assembly/disassembly of weapons during his
training.

▮▮▮▮▮▮▮ described the ▮▮▮▮▮▮▮▮▮▮ daily schedule as
consisting first of exercise in the morning before breakfast,
followed by a morning lesson of 2.5 hours.  Lunch and rest
periods were in the middle of the day.  Afterward there would be
an accountability line-up shortly before the afternoon lesson of
2.5 hours. After the afternoon lesson, there would be prayer time
and an Islamic talk leading up to dinner.  The entire length of
▮▮▮▮▮▮▮▮▮at ▮▮▮▮▮ was about 2 months. The various stages of
the ▮▮▮▮▮ were divided by curriculum given by different
specialty instructors:

1. **Indoctrination (one week)**: In processing and introduction

2. **Basic Weapons (25 days)**: Instruction on use, operation, and
        assembly/disassembly of assault rifles, UZI,
        Khalishnikov, Seminovs, M-16, and  RPG's

3. **Basic Warfare Tactics (two weeks)**: Instruction on tactical
        movement, concealment, mine avoidance

3. **Navigation (two weeks)**: Instruction on various methods      of
navigation using compass, watch, stick in the ground      against
sunlight method, and celestial methods.

4. **Explosives Training (11 days)**: How to build bombs and compose
        explosives

▮▮▮▮▮▮▮▮▮ group never received the Explosives Training
portion due to the news of the September 11th attack on the U.S.
 The news was delivered to the entire camp during an assembly by
one of the trainers.  The camp ceased all training and began
evacuation procedures for fear of the U.S. launching cruise
missiles or sending in ground troops against the training camps.

        During the time ▮▮▮▮▮was at training, USAMA BIN LADEN
(UBL) came to the camp about ten times.  According to ▮▮▮▮▮▮ all
training would stop during these visits so that each training
group could have a chance to talk with UBL. ▮▮▮▮▮ talked to UBL
through the use of an interpreter.▮▮▮▮▮did not witness ABU
ABDULLAH perform bayat to UBL; however, he did observe ABU
ABDULLAH and UBL talking multiple times during visits and
"chatting and laughing like pals". At one point, ABU ABDULLAH put
▮▮▮▮▮ on the spot and pressured him to perform bayat.▮▮▮▮▮ did
not understand what bayat was but went ahead with it anyway.
Later, when asking for an explanation of bayat, ABU ABDULLAH
downplayed the significance



FOUO

FD-302a ████████
Continuation of FD-302 of

On
, Page                                                                    11/26/2002

██████ to ██████ saying that it was only a promise to fight
jihad. ██████ discovered later what bayat fully meant. ██████
subsequently became weary of ABU ABDULLAH and considered him to
be crafty.

During the bayats, ██████ remembers UBL being
surrounded by seven guards who were carrying Khalishnikov rifles.
When UBL stayed overnight, he was away from the camp in the
mountains with security close at hand.

██████ said after the evacuation of the training camp,
he and a few others were taken by van to one of two Mudfes, which
were guesthouses where the trainees were pampered. The trainees
would go to these same Mudfes just prior to going to the training
camp to fill out applications for the training.

The evacuation of the training camp happened shortly
after the 9/11 attacks. Everyone was fearful of cruise missiles
being used as retaliatory means by the U.S. ██████ and ABU
ABDULLAH were taken with their group to the ██████ near
██████ where they stayed until 09/20/2001. ██████ next saw ABU
ABDULLAH one week later at the old Saudi Embassy in Kabul,
Afghanistan.  From there a group was taken to a field where they
spent a day and a half prior to traveling to Bagram. The trip to
Bagram took  approximately 45 minutes from the Old Saudi Embassy.
██████ was upset and stressed from constantly being on the run.
He wanted to break away from the group and rejoin his original
friends that he came to the training with.

██████ asked interviewing agents if it was a crime to
attend a training camp prior to September 11th. ██████ believed
it was the duty of a good Muslim to attend training and prepare.
His training was only to be use as self-defense.

██████ was asked what he would say to ABU ABDULLAH if
he saw him again. ██████ stated he would ask ABU ABDULLAH why he
had tricked him into performing bayat to UBL. ██████ was angry
at ABU ABDULLAH for this deceit.

██████ was asked if he has ever lied. ██████
immediately responded by saying he lied to ABU ABDULLAH when he
asked him personal questions regarding his family. ██████ wanted
to throw off ABU ABDULLAH in case he was a spy.

██████ said he would be willing to take a polygraph
test but he did not want to testify in court against ABU ABDULLAH
for family security reasons if he is set free. Interviewing
agents explained the possibility of further interviews in the
near future and the interview was subsequently terminated.



FOUO

000076

UNCLASSIFIED//~~FOUO~~

## Personal Representative Review of the Record of Proceedings

I acknowledge that on 22 November 2004 I was provided the opportunity to review the record of proceedings for the Combatant Status Review Tribunal involving ISN #682.

✓  I have no comments.

___  My comments are attached.

Major ███████ USAF
Name                                          Date

█████████████
Signature

ISN #682
Enclosure (5)

UNCLASSIFIED//~~FOUO~~

000077