**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| **GHASSAN ABDULLAH AL SHARBI,** )<br>*BY HIS NEXT FRIEND,* )<br>*ABDULLAH AL SHARBI* )<br> )<br>Petitioner, )<br> )<br>v. )<br> )<br>**GEORGE W. BUSH,** *et al.* )<br> )<br>Respondents. )<br> ) | **Civil Action No. 05-CV-2348 (EGS)** |

---

**ERRATA REGARDING**
**RESPONDENTS' NOTICE OF FILING FACTUAL RETURN**

Respondents hereby notify the Court that respondents' Notice Of Filing Of Factual

Return (notice of filing) filed on Friday, August 29, 2008, was inadvertently filed under the

incorrect docket identifier.   As indicated in the above caption, the correct docket identifier for

the instant case is Civil Action No. 05-CV-2348 (EGS).   Respondents, however, transposed the

last two digits of the docket identifier on the notice of filing.  Consequently, respondents filed

the notice of filing under the incorrect docket identifier Civil Action No. 05-CV-23**84** (EGS)

(emphasis added), when respondents filed the notice of filing in the instant case along with the

notices of filing civil action nos. 05-CV-0763, 05-CV-0764, 05-CV-1234, 06-CV-1725, and 08-

CV-1222.

A corrected notice of filing is attached as Exhibit A.  The corrected notice of filing is

otherwise identical to the notice of filing on August 29, 2008.   Respondents' counsel apologize

for any confusion or inconvenience caused by the transposition of numbers in the docket

identifier in the instant case in the initial filing.

Dated:        September 2, 2008              Respectfully submitted,

                                            GREGORY G. KATSAS
                                            Assistant Attorney General

                                            DOUGLAS N. LETTER
                                            Terrorism Litigation Counsel

                                            /s/ Margaret Kuehne Taylor
                                            JOHN H. HUNT (D.C. Bar No. 431134)
                                            VINCENT M. GARVEY (D.C. Bar No. 127191)
                                            JUDRY L. SUBAR (D.C. Bar No. 347518)
                                            TERRY M. HENRY
                                            ANDREW I. WARDEN
                                            MARGARET KUEHNE TAYLOR
                                            Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            P.O. Box 883
                                            Washington, D.C.  20044
                                            Tel:  202/305-8975

                                            Attorneys for Respondents

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GHASSAN ABDULLAH AL SHARBI,** *BY HIS NEXT FRIEND, ABDULLAH AL SHARBI* )<br><br>**Petitioner,** )<br><br>**v.** )<br><br>**GEORGE W. BUSH,** *et al.* )<br><br>**Respondents.** ) | **Civil Action No. 05-CV-2348 (EGS)** |

## NOTICE OF FILING OF
## FACTUAL RETURNS