# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHASSAN ABDULLAH AL SHARBI, ) <br> ) <br> *Petitioner*, ) <br> ) <br>   *v.* ) <br> ) <br> DONALD J. TRUMP, *et al.*, ) <br> ) <br> *Defendants*. ) | No. 05-cv-2348 (EGS) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that undersigned counsel, David H. Remes, hereby withdraws his appearance as counsel for Plaintiff in the above-captioned case. Please remove me from the list of counsel on the service list.

Respectfully submitted,

/s/
_____
DAVID H. REMES
D.C. Bar. No. 370372
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508
remesdh@gmail.com