## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GHASSAN ABDULLAH AL SHARBI,<br><br>*Petitioner*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)   No. 05-cv-2348 (EGS)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that undersigned counsel, David H. Remes, hereby withdraws his appearance as counsel for Petitioner in the above-captioned case. Please do not remove me from the electronic service list in his case.

Respectfully submitted,

/s/
_____
DAVID H. REMES
D.C. Bar. No. 370372
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508
remesdh@gmail.com