IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GHASSAN AL-SHARBI,**<br><br>*Petitioner,*<br><br>v.<br><br>**DONALD J. TRUMP,** *et al.,*<br><br>*Respondents.* | Case No. 05-CV-2348 (EGS) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that undersigned counsel, Ramzi Kassem, hereby withdraws his appearance on behalf of the petitioner in the above-captioned case, Ghassan al-Sharbi, who is presently imprisoned at the U.S. Naval Station at Guantánamo Bay, Cuba, where he was issued Internment Serial Number (ISN) 682.

Dated:     June 12, 2019

                                                Respectfully submitted,

                                                *Counsel for Petitioner*:

                                                _____/s/_____
                                                RAMZI KASSEM
                                                (pursuant to LCvR 83.2(g))
                                                **Main Street Legal Services, Inc.**
                                                City University of New York
                                                School of Law
                                                2 Court Square
                                                Long Island City, NY 11101
                                                (718) 340-4558